| **Fill in this information to identify the case:** |
|---|
| United States Bankruptcy Court for the: |
| EASTERN DISTRICT OF LOUISIANA |
| Case number *(if known)* _____  Chapter   11 |

☐ Check if this is an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | Axis Oilfield Rentals LLC |
| **2.** | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | 61-1659048 |

| | | | |
|---|---|---|---|
| **4.** | **Debtor's address** | **Principal place of business**  1900 N Collins Blvd  Covington, LA 70433  *Number, Street, City, State & ZIP Code*  Saint Tammany  *County* | **Mailing address, if different from principal place of business**  PO Box 1000  Madisonville, LA 70447  *P.O. Box, Number, Street, City, State & ZIP Code*  **Location of principal assets, if different from principal place of business**  715 6907 FM Midland, TX 79706  *Number, Street, City, State & ZIP Code* |
| **5.** | **Debtor's website** (URL) | www.axisoilfieldrentals.com | |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ | |

Debtor    Axis Oilfield Rentals LLC            Case number (*if known*) _____
         Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
     5324

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check **all** that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

District _____   When _____   Case number _____
District _____   When _____   Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ■ No
- ☐ Yes.

Debtor  Axis Oilfield Rentals LLC  
       Name

Case number (*if known*) _____

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | _____ | Relationship | _____ |
| District | _____ | When _____ | Case number, if known _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No  
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No  
☐ Yes. Insurance agency _____
      Contact name _____
      Phone _____

---

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49  
☑ 50-99  
☐ 100-199  
☐ 200-999  
☐ 1,000-5,000  
☐ 5001-10,000  
☐ 10,001-25,000  
☐ 25,001-50,000  
☐ 50,001-100,000  
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000  
☐ $50,001 - $100,000  
☐ $100,001 - $500,000  
☐ $500,001 - $1 million  
☑ $1,000,001 - $10 million  
☐ $10,000,001 - $50 million  
☐ $50,000,001 - $100 million  
☐ $100,000,001 - $500 million  
☐ $500,000,001 - $1 billion  
☐ $1,000,000,001 - $10 billion  
☐ $10,000,000,001 - $50 billion  
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000  
☐ $50,001 - $100,000  
☐ $100,001 - $500,000  
☐ $500,001 - $1 million  
☑ $1,000,001 - $10 million  
☐ $10,000,001 - $50 million  
☐ $50,000,001 - $100 million  
☐ $100,000,001 - $500 million  
☐ $500,000,001 - $1 billion  
☐ $1,000,000,001 - $10 billion  
☐ $10,000,000,001 - $50 billion  
☐ More than $50 billion

Debtor    Axis Oilfield Rentals LLC
          Name

Case number (*if known*)

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   April 28, 2025
              MM / DD / YYYY

**X** /s/ Edward W. Davis                                Edward W. Davis
Signature of authorized representative of debtor         Printed name

Title   President/Founder

**18. Signature of attorney**

**X** /s/ Douglas S. Draper                              Date   April 28, 2025
Signature of attorney for debtor                                MM / DD / YYYY

Douglas S. Draper 5073
Printed name

Heller, Draper & Horn, LLC
Firm name

650 Poydras Street
Suite 2500
New Orleans, LA 70130
Number, Street, City, State & ZIP Code

Contact phone   504-299-3300       Email address   ddraper@hellerdraper.com

5073 LA
Bar number and State

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 4

# CERTIFICATE OF RESOLUTION

I, the undersigned, the President and Founder of Axis Oilfield Rentals, L.L.C. (the "Company"), does hereby certify that the Company, has adopted the following resolutions:

> "**RESOLVED,** that it is desirable and in the best interest of the Company, its creditors, members, and other interested parties, that a petition be filed by the Company seeking relief under the provisions of Chapter 11, of the United States Code (the "Bankruptcy Code"); and it is further
>
> **RESOLVED**, that the form of Chapter 11 petition shall be as required by law and is approved and adopted in all respects, and that Edward W. Davis be, and hereby is, authorized and directed, on behalf of and in the name of the Company to execute and verify a petition substantially in such form and to cause the same to be filed with the United States Bankruptcy Court for the Eastern District of Louisiana, at such time as Edward W. Davis, executing said petition on behalf of the Company, shall determine; and it is further
>
> **RESOLVED**, that on behalf of the Company, Edward W. Davis be, and hereby is authorized to execute and file all petitions, schedules, lists and other papers and to take any and all action which he may deem necessary or proper in connection with the Chapter 11 case; and it is further
>
> **RESOLVED**, that on behalf of the Company, Edward W. Davis be, and hereby is authorized and directed to employ Douglas S. Draper and the law firm of Heller, Draper & Horn, L.L.C. ("Heller Draper") as bankruptcy counsel to the Company to represent and assist the Company in carrying out its duties under Title 11 of the United States Code, and to take any and all actions to advance the Company's rights, including filing and pleading, and in connection therewith, Edward W. Davis is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and

immediately upon the filing of the Chapter 11 case, and to cause to be filed an appropriate application for authority to retain the services of Heller Draper.

**IN WITNESS WHEREFORE,** I have hereunto set my hand on this 28th day of April, 2025.

                                                      Axis Oilfield Rentals, L.L.C.

By: _____
                                                    Edward W. Davis
                                                    President - Founder

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Axis Oilfield Rentals LLC |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF LOUISIANA |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| American Express PO Box 981535 El Paso, TX 79998-1535 | | | | | | $25,436.59 |
| BJ Electric Motors 2900 W Francis Ave Midland, TX 79701 | | | | | | $4,772.54 |
| Charging Systems Midland 727 Overhead Dr Oklahoma City, OK 73128 | | | | | | $10,827.80 |
| Chase Bank 2200 St Charles Ave New Orleans, LA 70130 | | | | | | $5,318.71 |
| Complete Filter 5745 Jefferson Hwy PO Box 231169 Harahan, LA 70183 | | | | | | $3,089.24 |
| Cornell Pump Company PO Box 945862 Atlanta, GA 30394-5862 | | | | | | $31,387.32 |
| E&V Oilfield Services 903 W Industrial Odessa, TX 79701 | | | | | | $11,186.00 |
| Elliott Electric Supply, Inc. PO Box 206524 Dallas, TX 75320 | | | | | | $21,272.99 |
| Forrest Brothers PO Box 13120 Odessa, TX 79768 | | | | | | $6,949.53 |

Debtor  Axis Oilfield Rentals LLC  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| Hoseworx International PO Box 3192 Odessa, TX 79760 | | | | | | $27,644.46 |
| Hydro-Quip 1923 Wooddale Blvd Baton Rouge, LA 70806 | | | | | | $13,560.10 |
| Interstate Batteries PO Box 60264 Midland, TX 79711 | | | | | | $3,526.08 |
| JLW Hose and Supply PO Box 278 New Waverly, TX 77358 | | | | | | $10,626.00 |
| Loaded Dice Safety PO Box 13627 Odessa, TX 79765 | | | | | | $5,142.15 |
| Midland Central Appraisal District 4631 Andrews Hwy PO Box 908002 Midland, TX 79760 | | | | | | $40,722.65 |
| Odessa Electro-Mechanical PO Box 69368 Odessa, TX 79769 | | | | | | $5,550.74 |
| Pennington's Hardware PO Box 955 Madisonville, LA 70447 | | | | | | $3,091.30 |
| Postlethwaite & Netterville, APAC 8550 United Plaza Blvd Ste 1001 Baton Rouge, LA 70809 | | | | | | $9,900.00 |
| Tax Collector Parish of St. Tammany PO Box 61041 New Orleans, LA 70161-1041 | | | | | | $4,888.07 |
| U.S. Small Business Administration 409 Third St Washington, DC 20416 | | | | | | $17,506.00 |

1900 Collins 1995, LLC
1900 Collins
Hammond, LA 70404

American Express
PO Box 981535
El Paso, TX 79998-1535

b1BANK
% Benjamin Kadden
601 Poydras St Suite 2775
New Orleans, LA 70130

Bishop Lifting Products, Inc
125 Mc Carty St
Houston, TX 77029

BJ Electric Motors
2900 W Francis Ave
Midland, TX 79701

Brandon & Clark, Inc
PO Box 3159
Lubbock, TX 79452-3159

Caterpillar Financial Commercial
PO Box 735638
Dallas, TX 75373-5638

CC Property Management
6907 FM Road
MIdland, TX 79706

Charging Systems Midland
727 Overhead Dr
Oklahoma City, OK 73128

Chase Bank
2200 St Charles Ave
New Orleans, LA 70130

Complete Filter
5745 Jefferson Hwy
PO Box 231169
Harahan, LA 70183

Continental Batteries
4919 Woodall St
Dallas, TX 75247

Cornell Pump Company
PO Box 945862
Atlanta, GA 30394-5862

Corporate Services, LLC
3801 Plaza Tower Dr
Baton Rouge, LA 70816-4353

Department of Revenue Louisiana
PO Box 66658
Baton Rouge, LA 70896

Department of Revenue Mississippi
PO Box 23192
Jackson, MS 39225-3192

Disa, Inc
11740 Katy Fwy Ste 900
Houston, TX 77079

E&V Oilfield Services
903 W Industrial
Odessa, TX 79701

Edward W. Davis
1900 N Collins
Covington, LA 70433

Elliott Electric Supply, Inc.
PO Box 206524
Dallas, TX 75320

EquipmentShare
PO Box 650429
Dallas, TX 75265-0429

Evergreen Working Capital LLC
% Brett P. Furr
450 Laurel St 8th Floor
Baton Rouge, LA 70801

Forklift Rental & Equipment, LLC
PO Box 60577
Midland, TX 79711


Forrest Brothers
PO Box 13120
Odessa, TX 79768


Franklin Electric Co., Inc.
9255 Coverdale Rd
Fort Wayne, IN 46809


Generac Mobile Products, LLC
29331 Network Place
Chicago, IL 60673-1293


Gilbert Group
35835 FM 1774
Pinehurst, TX 77362


Glenn Schreiber
Assistant US Attorney Eastern Dist
650 Poydras St Ste 1600
New Orleans, LA 70130


Graphic Centre
70301 LA-1077 Ste 100
Madsionville, LA 70447


Hammond, LA  70404
PO Box 734671
Dallas, TX 75373-4671


Hoseworx International
PO Box 3192
Odessa, TX 79760


Hoyer Trucking, LLC
PO Box 1351
Odessa, TX 79760


HUB Gulf South
3510 N Causeway Blvd Ste 300
Metairie, LA 70002

Hydro-Quip
1923 Wooddale Blvd
Baton Rouge, LA 70806


Internal Revenue Service
Centralized Insolvency Office
PO Box 7346
Philadelphia, PA 19101-7346


Interstate Batteries
PO Box 60264
Midland, TX 79711


Jam Mobile Repair
4518 Roosevelt Dr
Midland, TX 79703


JLW Hose and Supply
PO Box 278
New Waverly, TX 77358


Kentwood Springs
PO Box 660579
Dallas, TX 75266-0579


Konica Minolta
PO Box 824018
Philadelphia, PA 19182-4018


L&W Diesel Services
PO Box 4635
Odessa, TX 79760


Loaded Dice Safety
PO Box 13627
Odessa, TX 79765


Louisiana Department of Revenue
PO Box 201
Baton Rouge, LA 70821


Midland Central Appraisal District
4631 Andrews Hwy
PO Box 908002
Midland, TX 79760

Midwest Hose & Specialty, Inc.
PO Box 96558
Oklahoma City, OK 73143


Motion Industries
PO Box 849737
Dallas, TX 75284-9737


Motors & Controls, Inc.
2504 Delaware Ave
Kenner, LA 70062


Murcal, Inc.
41343 12th Street West
Palmdale, CA 93551-1442


New Mexico Department of Revenue
1100 S Saint Francis Dr
Sante Fe, NM 87505


Northshore Crane & Equipment, Inc.
16033 Kuhn Rd
Covington, LA 70435-5729


Odessa Electro-Mechanical
PO Box 69368
Odessa, TX 79769


Office of General Counsel
Hipolito Garcia Federal Bldg
615 E Houston St Room 347
San Antonio, TX 78205


Office of US Trustee
600 S Maestri Place Ste 840-T
New Orleans, LA 70130


P O Box 2242
PO Box 415000
Nashville, TN 37241-5000


Pennington's Hardware
PO Box 955
Madisonville, LA 70447

Postlethwaite & Netterville, APAC
8550 United Plaza Blvd Ste 1001
Baton Rouge, LA 70809


Red River Pump Specialist
1555 Wells Island Rd
Shreveport, LA 71107


Republic Services
PO Box 78829
Phoenix, AZ 85062-8829


Rolltex Industrial Supply
PO Box 2615
Midland, TX 79702


Small Business Administration
Little Rock Commercial Loan Svc
Center 2120 Riverfront Dr Ste 100
Little Rock, AR 72202


Spartan Industrial & Marine
PO Box 3562
Houma, LA 70361


State Taxing Authorities
Texas Comptroller Revenue Div
PO Box 13528 Capitol Station
Austin, TX 78711


Tavis County Attorney's office
Attn: County Attorney
PO Box 1748
Austin, TX 78767


Tax Collector Parish of St. Tammany
PO Box 61041
New Orleans, LA 70161-1041


Texas Alcoholic Beverage Commission
Licenses & Permits Division
PO Box 13127
Austin, TX 78711

```
Texas Comptroller of Public Accounts
PO Box 149359
Austin, TX 78714-9359


Texas Workforce Commission
TWC Bldg Regulatory Integrity Div
101 East 15th St
Austin, TX 78778


Tommy White Supply Comapny, INC.
PO Box 1709
Midland, TX 79702


U.S. Small Business Administration
409 Third St
Washington, DC 20416


United States Trustee
615 E Houston Ste 533
San Antonio, TX 78205


US Attorney General
Dept of Justice
950 Pennsylvania Ave NW
Washington, DC 20530


US Dept of Justice
US States Attorney
601 N W Loop 410 Ste 600
San Antonio, TX 78216


US Securities & Exchange Commission
950 E Paces Ferry Rd Ste 900
Atlanta, GA 30326-1382


Wagner Supply Company
PO Box 225387
Dallas, TX 75222-5387


Wesco Gas & Welding Supply, Inc.
2051 Collins Blvd
Covington, LA 70433
```

```
XstremeMD
1028 Forum Dr
Broussard, LA 70518


Xylem Dewatering Solutions, Inc.
26717 Network Place
Chicago, IL 60673-1267


Y'All Haul Trailers
422 N Dixie
Odessa, TX 79761
```

# United States Bankruptcy Court
## Eastern District of Louisiana

In re: Axis Oilfield Rentals LLC, Debtor(s)

Case No.  
Chapter: 11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for Axis Oilfield Rentals LLC in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

Date: April 28, 2025

/s/ Douglas S. Draper  
Douglas S. Draper 5073  
Signature of Attorney or Litigant  
Counsel for Axis Oilfield Rentals LLC  
Heller, Draper & Horn, LLC  
650 Poydras Street  
Suite 2500  
New Orleans, LA 70130  
504-299-3300 Fax:504-299-3399  
ddraper@hellerdraper.com