**Fill in this information to identify the case:**

Debtor name: Axis Oilfield Rentals LLC

United States Bankruptcy Court for the: EASTERN DISTRICT OF LOUISIANA

Case number (if known): 25-10839

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property 12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1: List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** Ally Financial<br>Creditor's Name<br><br>PO Box 653074<br>Dallas, TX 75265<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>Date debt was incurred<br><br>Last 4 digits of account number 1002<br><br>Do multiple creditors have an interest in the same property?<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien**<br>2022 F-350 1FT8W3BT0NEG30041<br><br>**Describe the lien**<br>Auto Loan<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $44,245.71 | $38,701.00 |
| **2.2** Ally Financial<br>Creditor's Name<br><br>PO Box 653074<br>Dallas, TX 75265<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>Date debt was incurred<br><br>Last 4 digits of account number 5702<br><br>Do multiple creditors have an interest in the same property? | **Describe debtor's property that is subject to a lien**<br>2022 250 Dodge 3C6UR5CL0NG326207<br><br>**Describe the lien**<br>Auto Loan<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply | $36,313.96 | $41,316.00 |

Debtor **Axis Oilfield Rentals LLC**
Name

Case number (if known) 25-10839

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Ally Financial** | **Describe debtor's property that is subject to a lien** | $47,505.94 | $51,335.00 |

Creditor's Name
2022 F-250 1FT8W2BT7NEF22526

PO Box 653074
Dallas, TX 75265
Creditor's mailing address

**Describe the lien**
Auto Loan

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number** 0971

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Ally Financial** | **Describe debtor's property that is subject to a lien** | $39,595.27 | $39,769.00 |

Creditor's Name
2023 F-350 (Cody) 1FT7W2BT3PEC34209

PO Box 653074
Dallas, TX 75265
Creditor's mailing address

**Describe the lien**
Auto Loan

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number** 8980

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **b1Bank** | **Describe debtor's property that is subject to a lien** | $3,256,434.37 | $0.00 |

Creditor's Name
All of the Equipment

2929 Metrairie Rd
Metairie, LA 70001
Creditor's mailing address

**Describe the lien**
SBA Loan Mainstreet Boston Fed

**Is the creditor an insider or related party?**
■ No

Debtor **Axis Oilfield Rentals LLC** Case number (if known) 25-10839
Name

Creditor's email address, if known ☐ Yes
**Is anyone else liable on this claim?**
**Date debt was incurred** ■ No
2/13/2017 ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**
3208
**Do multiple creditors have an** **As of the petition filing date, the claim is:**
**interest in the same property?** Check all that apply
■ No ☐ Contingent
☐ Yes. Specify each creditor, ☐ Unliquidated
including this creditor and its relative ☐ Disputed
priority.

---

| 2.6 | **b1Bank** | **Describe debtor's property that is subject to a lien** | $2,737,438.74 | $0.00 |

Creditor's Name
See Security Documents

2929 Metairie Rd
Metairie, LA 70001
Creditor's mailing address **Describe the lien**
Business First SBA Loan
**Is the creditor an insider or related party?**
■ No
Creditor's email address, if known ☐ Yes
**Is anyone else liable on this claim?**
**Date debt was incurred** ■ No
5/09/2022 ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**
6915
**Do multiple creditors have an** **As of the petition filing date, the claim is:**
**interest in the same property?** Check all that apply
■ No ☐ Contingent
☐ Yes. Specify each creditor, ☐ Unliquidated
including this creditor and its relative ☐ Disputed
priority.

---

| 2.7 | **b1Bank** | **Describe debtor's property that is subject to a lien** | $255,914.85 | $0.00 |

Creditor's Name
See Secuirty Documents

2929 Metairie Rd
Metairie, LA 70001
Creditor's mailing address **Describe the lien**
Business First ECP Loan
**Is the creditor an insider or related party?**
■ No
Creditor's email address, if known ☐ Yes
**Is anyone else liable on this claim?**
**Date debt was incurred** ■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**
5818
**Do multiple creditors have an** **As of the petition filing date, the claim is:**
**interest in the same property?** Check all that apply
■ No ☐ Contingent
☐ Yes. Specify each creditor, ☐ Unliquidated
including this creditor and its relative ☐ Disputed
priority.

---

Debtor: Axis Oilfield Rentals LLC  
Case number (if known): 25-10839

---

### 2.8 Caterpillar Financial Commercial
Creditor's Name

PO Box 735638  
Dallas, TX 75373-5638  
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**  
11/04/2020  
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**  
■ No  
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**  
Forklift

**Describe the lien**

**Is the creditor an insider or related party?**  
■ No  
☐ Yes  

**Is anyone else liable on this claim?**  
■ No  
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**  
Check all that apply  
☐ Contingent  
☐ Unliquidated  
☐ Disputed

$57,823.79     $0.00

---

### 2.9 Ford Motor Credit
Creditor's Name

c/o AIS Portfolio Services LLC  
4515 N Santa Fe Ave Dept APS  
Oklahoma City, OK 73118  
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**  
1007

**Do multiple creditors have an interest in the same property?**  
■ No  
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**  
2022 F-350 1FT8W3BTXNEF01725

**Describe the lien**  
Auto Loan

**Is the creditor an insider or related party?**  
■ No  
☐ Yes  

**Is anyone else liable on this claim?**  
■ No  
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**  
Check all that apply  
☐ Contingent  
☐ Unliquidated  
☐ Disputed

$42,216.87     $27,932.00

---

### 2.10 Ford Motor Credit
Creditor's Name

c/o AIS Portfolio Services LLC  
4515 N Santa Fe Ave Dept APS  
Oklahoma City, OK 73118  
Creditor's mailing address

Creditor's email address, if known

**Describe debtor's property that is subject to a lien**  
2022 F-150 1FTEW1EP3NKD54784

**Describe the lien**  
Auto Loan

**Is the creditor an insider or related party?**  
■ No  
☐ Yes

$29,973.89     $27,932.00

---

Debtor  **Axis Oilfield Rentals LLC**
Name

Case number (if known) 25-10839

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number** 2114

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.11 | | | | |
|---|---|---|---|---|
| | **GM Financial** | **Describe debtor's property that is subject to a lien** | $33,391.67 | $38,760.00 |
| | Creditor's Name | 2023 Chevy Silverado 3500HD 1GC4YTEY9PF168527 | | |

801 cherry Street
Suite 360
Fort Worth, TX 76102
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number** 1643

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.12 | | | | |
|---|---|---|---|---|
| | **TD Auto Finance** | **Describe debtor's property that is subject to a lien** | $17,105.98 | $51,750.00 |
| | Creditor's Name | 2021 Chevy Silverado 250 1GC4yPEY0MF250889 | | |

Aaron J Nash Esq Evans Petree PC
1715 Aaron Brenner Dr Ste 800
Memphis, TN 38120
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number** 0067

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor  Axis Oilfield Rentals LLC  
        Name

Case number (if known)  25-10839

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**  $6,597,961.04

### Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Ally Financial<br>500 Woodward Ave<br>Detroit, MI 48226 | Line 2.2 | |
| b1Bank<br>Ronnie Pittman<br>9100 Bluebonnet Center Blvd.<br>Baton Rouge, LA 70809 | Line 2.5 | |
| Ford Motor Credit<br>One American Road<br>Dearborn, MI 48126 | Line 2.9 | |