**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | § | |
|---|---|---|
| IN RE: | § | **CASE NO: 25-10839** |
| | § | |
| **AXIS OILFIELD RENTALS LLC,** | § | **CHAPTER 11** |
| | § | |
| **DEBTOR.** | § | **SECTION A** |
| | § | |

**ORDER (I) APPROVING SALE FREE AND CLEAR OF LIENS,**
**CLAIMS ENCUMBRANCES AND (II) GRANTING RELATED RELIEF**

The Court held a hearing on June 25, 2025, (the "Sale Hearing")[1] pursuant to this Court's *Order* dated June 9, 2025, [ECF Doc. 87], approving the *Motion For Entry of an Order (i) Authorizing the Debtor To Sell Assets Free and Clear of Liens and Claims; (ii) Setting Hearing For Auction and Establishing Bid Procedures; and (iii) Granting Related Relief* (the "Sale Motion"), [ECF Doc. 72], filed by the Debtor.

Pursuant to the Sale Motion, Axis Oilfield Rentals, LLC, the chapter 11 debtor (the "Debtor"), sought entry of an order (the "Sale Order") (i) authorizing and approving the Sale of substantially all of Axis Oilfield Rentals, LLC's moveable property ("Assets") (the full list of Assets is listed more particularly in **Exhibit A** attached hereto) free and clear of all liens, claims, encumbrances and interests (except to the extent expressly set forth in that certain Asset Purchase Agreement ("APA"), by and between the Debtor and Upstream Holdings, Inc. (the "Buyer"), a true and correct copy of which is attached hereto as **Exhibit B** (as may be subsequently amended, restated or otherwise modified) in accordance with its terms and the terms of this Sale Order, the APA, and (ii) granting related relief.  The Debtor has determined that the highest and otherwise best offer for the sale of the Assets was made by the Buyer in the form of the APA.

---

[1]     Capitalized terms used herein but not otherwise defined shall have the meaning ascribed to them in the APA, the Sale Motion, [ECF Doc 87], or the Bidding Procedures Order, [ECF Doc. 72], as applicable.

The Court having held a hearing on June 25, 2025, to approve the Sale and the APA; and the Court having reviewed and considered (a) the Sale Motion, (b) any objections thereto and resolution of the objections announced on the record, and (c) the arguments of counsel and the evidence and testimony proffered or adduced at the Sale Hearing; and, upon the record of the Sale Hearing, and all other pleadings and proceedings in the Chapter 11 Cases, the Court being satisfied that the relief requested in the Sale Motion is necessary and in the best interests of the Debtor, its estate, creditors and all parties in interest; and the Court having determined that the legal and factual bases set forth in the Sale Motion and at the Sale Hearing establish just cause for the relief granted herein,

A.      Jurisdiction and Venue.  The Court has jurisdiction over the Sale Motion pursuant to 28 U.S.C. § 1334, and this matter is a core proceeding pursuant to 28 U.S.C. § 157(b).  Venue for the Chapter 11 Cases and the Sale Motion is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

B.      Statutory Predicates.  The statutory predicates for the relief ordered herein are 11 U.S.C. §§ 105, 363 and 365 and FED. R. BANKR. P. 2002, 6004, 6006, 9007, 9008 and 9014, and this Court's applicable Local Rules.

C.      Entry of Bidding Procedures Order.  On June 9, 2025, this Court entered an *Order* (the "Bidding Procedures Order"), [ECF Doc. 87], which, among other things, (i) established procedures (the "Bidding Procedures") in connection with the Sale of substantially all of the Debtor's Assets; (ii) approved procedures relating to the assumption and assignment of certain of the Debtor's executory contracts and unexpired leases and determining Cure Amounts; (iii) scheduled an auction (the "Auction") and Sale Hearing; and (iv) granted related relief.

D.    <u>Compliance with Bidding Procedures</u>.  The Sale is duly authorized pursuant to 11 U.S.C. §§ 363(b)(1) and 363(f) and FED. R. BANKR. P. 6004(f).  As demonstrated by: (i) the testimony and other evidence submitted by declaration and adduced at the Sale Hearing; and (ii) the representations of counsel made on the record at the Sale Hearing, the Debtor marketed the Assets and conducted all aspects of the marketing process in compliance with the Bidding Procedures and Bidding Procedures Order, and the Auction was duly noticed and conducted in a non-collusive, fair and good faith manner.  The marketing process undertaken by the Debtor, its professionals, and other representatives with respect to the Assets has been adequate, appropriate and reasonably calculated to maximize value for the benefit of all stakeholders, and the Debtor afforded potential purchasers a full and fair opportunity to make higher and better offers.

E.    <u>Notice</u>.  As evidenced by the affidavits of service previously filed with the Court, and based upon the representations of counsel at the Sale Hearing, proper, timely, adequate, and sufficient notice of: (i) the Sale Motion; (ii) the Bid Deadline established by the Bidding Procedures Order; (iii) the Auction, (iv) the Sale Hearing; (v) the Notice of Selection of Winning Bidders, [ECF Doc. 101]; and (vi) all deadlines related thereto, has been provided by the Debtor in accordance with 11 U.S.C. §§ 102(1), 363, and 365 and FED. R. BANKR. P. 2002, 6004, 9007, 9008, and 9014, and in compliance with the Bidding Procedures Order to each party entitled thereto.  Such notice was good, sufficient, and appropriate under the circumstances, and no other or further notice of the Sale Motion, the Auction, the Sale (and the transactions contemplated in connection therewith), and all deadlines related thereto is or shall be required.

F.    <u>Corporate Authority</u>.  The Assets as more fully described in the APA and **<u>Exhibit A</u>** constitute property of the Debtor's bankruptcy estate and title thereto is vested in the Debtor's estate within the meaning of 11 U.S.C. § 541.  The Debtor: (i) has full corporate power and

authority to execute the APA, and the Sale by the Debtor to the Buyer has been duly and validly authorized by all necessary corporate action; (ii) has all of the corporate power and authority necessary to consummate the Sale and all transactions contemplated by the APA; (iii) has taken all corporate action necessary to authorize and approve the APA and consummate the Sale; and (iv) does not require any consents or approvals that have not been obtained to consummate the Sale, other than the Court's entry of this Sale Order and any consents expressly provided for in the APA.

G.    Opportunity to Object.  A fair and reasonable opportunity to object or be heard with respect to the Sale Motion and the relief requested therein has been afforded to all interested persons and entities, including but not limited to: (i) the Office of the United States Trustee; (ii) the Debtor's prepetition secured lenders; (iii) all parties known or reasonably believed by the Debtor to have asserted a lien or interest on any of the Assets; (iv) any party that requested notice pursuant to FED. R. BANKR. P. 2002; and (v) all federal, state, county, parish and local regulatory or taxing authorities which have a reasonably known interest in the relief requested in the Sale Motion.

H.    Auction.  On June 24, 2025, the Debtor conducted the Auction for the Assets.  The Auction was conducted in accordance with the Bidding Procedures and Bidding Procedures Order. Upon the conclusion of the Auction, the Debtor, in a valid and sound exercise of his business judgment, determined that the Buyer's bid for the Assets, as memorialized in the APA, was the highest or otherwise best offer for the Assets and therefore designated the Buyer's bid as the winning bid pursuant to the Bidding Procedures.

I.    Consideration.  Pursuant to the APA, and as more fully set forth therein, the Buyer has offered to purchase the Assets in exchange for cash consideration in the amount of

$1,000,000.00 (the "Purchase Price").  The Purchase Price provided by the Buyer for the Assets pursuant to the APA: (1) constitutes (a) reasonably fair and equivalent value and consideration under the Title 11 of the United States Code and any Uniform Fraudulent Transfer or Conveyance Act, and (b) reasonably equivalent value, fair consideration, fair salable value, and fair value under any other applicable laws; (2) is fair and reasonable; (3) is the highest or otherwise best offer for the Assets; and (4) will provide a greater recovery for the Debtor's creditors than would be provided by any other practical available alternative.

J.      Sale in Best Interests.  The relief requested in the Sale Motion, the approval of the APA, and consummation of the Sale of the Assets at this time is in the best interests of the Debtor, its estate, creditors, and all other parties in interest.

K.      Business Justification.  Sound business reasons exist for authorizing, approving, and consummating the Sale, and the Debtor's entry into the APA constitutes the sound exercise of the Debtor's business judgment.  The Court finds that the Debtor has articulated good, sufficient and sound business purposes and justifications for the Sale, and compelling circumstances for this Court to approve the APA and authorize the Sale of the Assets to the Buyer pursuant to 11 U.S.C. § 363(b).

L.      Arm's-Length Sale.  The APA was negotiated, proposed, and entered into by the Debtor and the Buyer without collusion or fraud, in good faith, and from arm's-length-bargaining positions. Based on the record before the Court, neither the Debtor nor the Buyer has engaged in any conduct that would cause or permit the APA to be avoided under 11 U.S.C. § 363(n).

M.      Based on the record before the Court, the Buyer did not act in a collusive manner with any person or entity in connection with any aspect of the Auction or the Sale, and the Purchase Price was not controlled by any agreement among any parties.

a.    M.    <u>Good Faith Purchaser</u>.  The Buyer is a good faith purchaser for value within the meaning of 11 U.S.C. § 363(m) with respect to the Sale, the APA, and the transactions contemplated and authorized by this Sale Order and is therefore entitled to all of the protections afforded by that provision.  As demonstrated by the record of the above-captioned case, the representations of counsel made on the record at the Sale Hearing and the testimony and other evidence proffered or adduced at the Sale Hearing, and in addition to the other findings set forth in this Sale Order, the Buyer: (i) recognized the Debtor was free to deal with any other party interested in acquiring the Assets; (ii) complied with the Bidding Procedures; (iii) agreed to subject its Qualified Bid to the competitive Bidding Procedures and Auction process; and (iv) disclosed any payments to be made by the Buyer with respect to the Purchase Price.

N.    <u>No Fraudulent Transfer</u>. Neither the Debtor nor the Buyer entered into the APA, or are consummating the Sale, for the purpose of hindering, delaying, or defrauding creditors of the Debtor or with any fraudulent or otherwise improper purposes.

O.    <u>Sale Free and Clear; Buyer's Reliance</u>. The Debtor is authorized to sell the Assets free and clear of all liens, claims, encumbrances, and other interests of any kind or nature whatsoever, because, in each case, one or more of the standards set forth in 11 U.S.C. §§ 363(f)(l)–(5) has been satisfied.  All parties in interest, including, without limitation, any holders of liens, claims, encumbrances, and other interests, that did not object, or who withdrew any such objection, to the Sale, the Sale Motion, are deemed to have consented to the relief granted herein pursuant to 11 U.S.C. § 363(f)(2).  Those holders of liens, claims, encumbrances, and other interests who did object, if any, fall within one or more of the other subsections of 11 U.S.C. § 363(f), or such holders of liens, claims, encumbrances and other interests (except to the extent that such liens, claims, encumbrances or other interests are Permitted Encumbrances) are adequately protected by having

their liens, claims, and interests attach exclusively to the proceeds of the Sale (the "Proceeds") in accordance with the terms of this Sale Order.  The Buyer would not have entered into the APA and would not consummate the transactions contemplated thereby: (i) if the Sale of the Assets to the Buyer, were not, except as otherwise expressly provided in the APA, free and clear of all claims, liens, interests and encumbrances of any kind or nature whatsoever; or (ii) if the Buyer would, or in the future could, be liable for any of such liens, claims, interests or encumbrances.

P.    Legal, Valid Transfer.  As of the Closing, pursuant and subject to the terms of the APA, the transfer of the Assets and the Sale will effect a legal, valid, enforceable, and effective transfer of the Assets and will vest the Buyer with all of the Debtor's right, title, and interest in the Assets, free and clear of all liens, claims, encumbrances and other interests, except as expressly set forth in the APA.

Q.    No Successor Liability.  The Buyer shall not be deemed to have assumed or in any way be responsible for any liability or obligation of the Debtor or the estates, except as expressly provided in the APA as a result of this Sale Order.

R.    Not a Sub Rosa Plan.  The Sale does not constitute a *de facto or sub rosa* plan of reorganization or liquidation because it does not propose to: (i) impair or restructure existing debt of, or equity interests in, the Debtor; (ii) impair or circumvent voting rights with respect to any plan; (iii) circumvent chapter 11 safeguards, including those set forth in 11 U.S.C. §§ 1125 and 1129; or (iv) classify claims or equity interests.  The sale is consistent the relief requested.

S.    Prompt Consummation.  Time is of the essence in consummating the Sale.  The consummation of the Sale as soon as practicable is necessary both to preserve and maximize the value of the Debtor's assets for the benefit of the Debtor, its estate, creditors, and all other parties

in interest in the Chapter 11 Cases, and to provide the means for the Debtor to maximize creditor recoveries.  The Debtor and the Buyer intend to close the Sale as soon as possible.

T.  <u>Final Order</u>.  The Court expressly finds that there is no just reason for delay in the implementation of this Sale Order, waives any stay including as contemplated by FED. R. BANKR. P. 6004 and 6006, directs that this Sale Order be effective immediately upon its entry, and expressly directs entry of this Sale Order as set forth herein.  This Sale Order constitutes a final and appealable order within the meaning of 28 U.S.C. § 158(a).

Accordingly,

**IT IS ORDERED** that:

1.  <u>Relief Granted; Objections Overruled</u>.  The Sale of the Assets as contemplated by the APA is approved for the reasons set forth in this Sale Order and on the record of the Sale Hearing, which is incorporated fully herein as if fully set forth in this Sale Order.  All objections, statements, and reservations of rights to the Sale Motion and the relief requested therein and to the entry of this Sale Order or the relief granted herein that have not been expressly withdrawn, waived, adjourned, settled as announced to the Court at any prior hearing, at the Sale Hearing, or by stipulation filed with the Court, or previously overruled, including, without limitation, all reservations of rights included therein or otherwise, are hereby overruled and denied in their entirety on the merits and with prejudice, except as expressly set forth herein.  Those parties who did not object, or withdrew their objections to the Sale Motion, are deemed to have consented to the Sale pursuant to 11 U.S.C. § 363(f)(2).

2.  <u>Approval of Sale and APA</u>.  The APA, including all of the terms and conditions thereof, are hereby authorized and approved in all respects.  Pursuant to 11 U.S.C. § 363(b), the Sale of the Assets to the Buyer free and clear of all liens, claims, encumbrances and other interests

(except those specifically permitted by the APA), and the transactions contemplated thereby, are approved in all respects.

3.      <u>Authorization</u>. Pursuant to 11 U.S.C. § 363(b), the Debtor is hereby: (i) authorized to sell the Assets to the Buyer and consummate the Sale in accordance with the terms and conditions of the APA; (ii) authorized to transfer and assign all right, title and interest (including common law property rights) to all property, licenses and rights to be conveyed in accordance with and subject to the terms of the APA; (iii) authorized and directed to execute and deliver, perform under, consummate, implement, and comply with the APA, together with all other documents that may be reasonably necessary or desirable to implement the APA and the Sale; and (iv) authorized and empowered to take all further actions as may be reasonably requested by the Buyer for the purpose of assigning, transferring, granting, conveying and conferring to the Buyer or reducing to possession, the Assets, or as may be reasonably necessary or appropriate to the performance of the obligations as contemplated by the APA.

4.      <u>Closing Date</u>.  The sale of the Assets to the Buyer shall close not later than fifteen (15) days after entry of this Order, but in no event later than July 15, 2025, at 5:00 p.m. (prevailing Central time) ("<u>Closing Date</u>"), unless extended by agreement of the parties.

5.      <u>Segregation and Payment of Net Sale Proceeds to b1 Bank</u>.  On the Closing Date, the Buyer shall pay the cash component of the Purchase Price to close the sale.  The Proceeds of the Sale shall be held by the closing attorney in escrow for payment to b1 Bank on its lien and other related expenses of the sale, which payment in the amount of $925,000.00, shall be paid and delivered by the closing attorney to b1 Bank within three (3) business days of the Closing Date. In addition, the closing attorney shall be permitted to pay and deliver $75,000.00 to the Debtor in satisfaction of the Carve-Out approved in the Bidding Procedures Order.

6.      <u>Binding Effect</u>.  This Sale Order and the APA shall be binding in all respects upon the Debtor and its estate, successors, and assigns, all creditors of and equity holders in the Debtor, and any and all other parties in interest, including, without limitation, any and all holders of liens, claims, encumbrances, and other interests (including holders of any rights or claims based on any putative successor or transferee liability) of any kind or nature whatsoever in the Assets, and any trustee or successor trustee appointed in the Chapter 11 Case or upon a conversion to chapter 7 under Title 11 of the United States Code.  The APA and the Sale are not subject to rejection or avoidance (whether through any avoidance or recovery, claim, action, or proceeding arising under chapter 5 of Title 11 of the United States Code or under any similar state or federal law or any other cause of action) by the Debtor, any chapter 7 or chapter 11 trustee of the Debtor's estates or any other person or entity.  The APA and this Sale Order, and the Debtor's obligations therein and herein shall not be altered, impaired, amended, rejected, discharged, or otherwise affected by any chapter 11 plan proposed or confirmed in the Chapter 11 Case.  This Sale Order and the APA shall inure to the benefit of the Debtor, its estate, creditors, the Buyer, and the respective successors and assigns of each of the foregoing.

7.      <u>Good Faith Purchaser</u>.  For purposes of this Sale and this Sale Order, the Buyer is a good faith purchaser of the Assets and is hereby granted and is entitled to all of the protections provided to a good faith purchaser under 11 U.S.C. § 363(m). Pursuant to 11 U.S.C. § 363(m), if any or all of the provisions of this Sale Order are hereafter reversed, modified or vacated by a subsequent order of the Court or any other court, such reversal, modification or vacatur shall not affect the validity and enforceability of the Sale or any other sale, transfer or assignment under the APA or any obligation or right granted pursuant to the terms of this Sale Order (unless stayed pending appeal prior to the Closing Date) and, notwithstanding any reversal, modification or

vacatur, any sale, transfer or assignment, shall be governed in all respects by the original provisions of this Sale Order and the APA as the case may be.

8.     Sale Free and Clear.  Pursuant to 11 U.S.C. §§ 363(b) and (f), the Assets shall be transferred to the Buyer upon consummation of the APA free and clear of all claims, liens, interests and encumbrances (except as set forth in the APA) of any kind or nature whatsoever, and the Buyer shall not be responsible for any liens, claims, encumbrances, interests of any kind or nature whatsoever, including, without limitation, liens, claims, encumbrances and interest in respect of the following: (i) any mortgages, deeds of trust and security interests; (ii) any intercompany loans and receivables between the Debtors and their equity interest holders; and (iii) any Excluded Liabilities. All claims, liens (including tax liens), interests and encumbrances of any kind or nature whatsoever, shall attach (effective upon the transfer of the Assets to the Buyer) to the Proceeds with the same force, validity, priority and effect, if any, as the claims, liens, encumbrances, and interests formerly had against the Assets, if any, subject to the Debtor's ability to challenge the extent, validity, priority and effect of the interests and subject to and as otherwise provided in any other order of this Court in the Chapter 11 Cases.  For the avoidance of doubt, nothing in this Sale Order or in the APA shall be deemed to constitute a release of any liens, claims, encumbrances, or other interests in the Excluded Assets.

9.     Cancellation of Liens, Claims, Encumbrances and Mortgages.  Except as to Permitted Encumbrances, if any, the Clerk and Recorder shall erase and cancel any and all liens, claims, encumbrances, mortgages and judgments, filed against and/or that may affect the Assets including but not limited to the following inscriptions:

   a. That certain UCC-1 Financing Statement filed and recorded in East Baton Rouge Parish, Louisiana, on February 13, 2017, as UCC Number 17-1435659;

   b. That certain UCC-3 Amendment filed and recorded in East Baton Rouge, Louisiana, on November 18, 2020, as UCC Number 17-1478734; and

    c. That certain UCC-3 Continuation Statement filed and recorded in East Baton Rouge Parish, Louisiana, on November 2, 2021, as UCC Number 17-1491224.

10.    <u>Valid Transfer</u>. Except as otherwise expressly permitted or specifically provided for in the APA or this Sale Order, pursuant to 11 U.S.C. §§ 105(a), 363(b), 363(f), 365(b), 365(f) or any other applicable section of the Title 11 of the United States Code, upon the Closing, the Assets shall be transferred to the Buyer, and such transfer shall constitute a legal, valid, binding and effective transfer of the Assets free and clear of all liens, claims, encumbrances, and other interests of any kind or nature whatsoever pursuant to 11 U.S.C. § 363(f). Upon the Closing, the Buyer shall take title to and possession of the Assets subject only to Permitted Encumbrances, if any.

11.    <u>Parties Enjoined</u>. Except as expressly permitted or otherwise specifically provided by the APA or this Sale Order, all persons and entities (as defined in 11 U.S.C. § 101(15), including, but not limited to, all lenders, debt security holders, equity security holders, governmental, tax, and regulatory authorities, parties to executory contracts and unexpired leases, and creditors holding liens, claims, encumbrances, or interests of any kind or nature whatsoever against or in the Debtor or any of the Assets (whether legal or equitable, secured or unsecured, matured or unmatured, contingent or non-contingent, senior or subordinated) or arising under or out of, in connection with, or in any way relating to, the Debtor, the Assets, the operation of the Debtor's business prior to the Closing, or the transfer of the Assets to the Buyer, hereby are forever barred, estopped, and permanently enjoined from asserting any claims of any kind or nature whatsoever, against the Assets upon Closing. On the Closing Date, each of the Debtor's creditors is authorized and directed to execute such documents and take all other actions as may be deemed by the Debtor and Buyer to be necessary or desirable to release any liens, claims, encumbrances or interests on the Assets, if any, as provided for herein. This Sale Order: (i) shall be effective as

a determination that, upon the Closing, all liens, claims, encumbrances, and other interests of any kind or nature whatsoever existing as to the Assets prior to the Closing have been unconditionally released, discharged, and terminated and that the conveyances described herein have been effected; and (ii) shall be binding upon and shall govern the acts of all entities including, without limitation, all filing agents, filing officers, title agents, title companies, recorders of mortgages, recorders of deeds, registrars of deeds, administrative agencies, governmental departments, secretaries of state, federal, state, foreign, and local officials, and all other persons and entities who may be required by operation of law, the duties of their office, or contract, to accept, file, register or otherwise record or release any documents or instruments, or who may be required to report or insure any title or state of title in or to, the Assets.

12. <u>Possession</u>. All persons and entities that are in possession of some or all of the Assets on the Closing Date are directed to surrender possession of such Assets to the Buyer or its assignee as of the Closing Date.

13. <u>Release of Liens</u>. Notwithstanding anything herein, if any person or entity that has filed financing statements, mortgages, mechanic's liens, lis pendens, or other documents or agreements evidencing liens, claims, and encumbrances in the Assets conveyed pursuant to the APA and this Sale Order has not delivered to the Debtor, prior to the Closing, in proper form for filing and executed by the appropriate parties, termination statements, instruments of satisfaction, releases of all liens, claims, and encumbrances which the person or entity has with respect to the Assets or otherwise, then: (i) the Debtor is hereby authorized to execute and file such statements, instruments, releases and other documents on behalf of the person or entity with respect to the Assets; and (ii) the Buyer is hereby authorized to file, register, or otherwise record a certified copy of this Sale Order, which, once filed, registered, or otherwise recorded, shall constitute conclusive

evidence of the release of all liens on or against the Assets of any kind or nature whatsoever upon Closing. Notwithstanding the foregoing, the provisions of this Sale Order authorizing the Sale and assignment of the Assets free and clear of liens, claims, and encumbrances shall be self-executing, and neither the Debtor nor the Buyer shall be required to execute or file releases, termination statements, assignments, consents or other instruments to effectuate, consummate, or implement the provisions of this Sale Order.

14.     Cooperation.  As specifically provided in the APA, the Debtor and Buyer shall cooperate in a commercially reasonable manner to ensure that transactions contemplated in the APA are consummated, and to provide an orderly transition of the Assets from the Debtor to the Buyer.

15.     Assignment of Rights.  As specifically provided in the APA, the APA shall be binding upon and inure to the benefit of the Debtor and Buyer and their respective successors and permitted assigns. Buyer shall have the right at all times, subject to Bankruptcy Court approval, to assign any of its rights or obligations under the APA to a direct, indirect, or wholly owned Affiliate of Buyer; provided that, in the event of such court approved assignment, Buyer shall remain liable for any and all terms and conditions contained in the APA.

16.     Modifications.  The APA may be modified, amended, or supplemented in a writing signed by the Debtor and the Buyer in accordance with the terms thereof, without further order of this Court, provided that any such modification, amendment, or supplement shall not reduce the Purchase Price or otherwise have a material adverse effect on the Debtor's estate.

17.     No Liability. The Buyer shall not be deemed, as a result of the consummation of the Sale contemplated herein, to have assumed or in any way be responsible for any liability of the Seller or the Estate of the Debtor, except as expressly provided in the APA.  Except as expressly

permitted or otherwise specifically provided for in the APA or this Sale Order, neither the Buyer nor any of its affiliates shall: (a) assume or in any way be responsible for any liability or obligation of the Debtor or its estate, or (b) have any liability or responsibility for any liability or other obligation of the Debtor arising under or related to the Assets or otherwise as a result of consummation of the Sale.

18. <u>No Interference</u>. Except as may otherwise be provided in a subsequent order of this Court, all persons and entities are hereby forever prohibited and enjoined from taking any action that would adversely affect or interfere with the ability of the Debtor to sell and transfer the Assets to the Buyer in accordance with the terms of the APA and this Sale Order. Following the Closing, no holder of a lien, claim, or encumbrance in the Assets shall interfere with the Buyer's title to or use and enjoyment of the Assets based on or related to such lien, claim, or encumbrance, or any actions that the Debtor may take in the Chapter 11 Cases or any successor cases.

19. <u>Jurisdiction</u>. This Court retains exclusive jurisdiction to enforce and implement the terms and provisions of the APA, all amendments thereto, any waivers and consents thereunder, and each of the agreements executed in connection therewith in all respects, including, but not limited to, retaining jurisdiction to: (i) compel delivery of the Assets or performance of other obligations owed to the Buyer under the APA or this Sale Order; (ii) interpret, implement, and enforce the provisions of the APA and this Sale Order; and (iv) protect the Buyer and its affiliates against (a) any claims, liens, encumbrances or other interests in the Debtor or the Assets of any kind or nature whatsoever and (b) any creditors or other parties in interest regarding the turnover of the Assets that may be in their possession.

20.     <u>Failure to Specify Provision</u>.  The failure to specifically include any particular provision of the APA in this Sale Order shall not diminish or impair the effectiveness of such provisions, it being the intent of the Court that the APA be authorized and approved in its entirety.

21.     <u>Headings</u>.  The headings in this Sale Order are for convenience of reference only and shall not be deemed to modify or limit the provisions of this Sale Order or the APA.

22.     <u>Conflict</u>.  To the extent of any direct conflict between the APA, on the one hand, and this Sale Order, on the other hand, the terms and provisions of this Sale Order shall govern.

23.     <u>Non-Severable</u>.  The provisions of this Sale Order are non-severable and mutually dependent.

24.     <u>Automatic Stay</u>.  To the extent applicable, the automatic stay pursuant to 11 U.S.C. § 362 is hereby lifted with respect to the Debtor to the extent necessary, without further order of Court: (i) to allow the Buyer to give the Debtor any notice provided for in the APA; and (ii) allow the Buyer to take any and all actions permitted by the APA which are necessary to consummate the Sale.

25.     <u>No Stay of Sale Order</u>.  Notwithstanding FED. R. BANKR. P. 6004(h) and 6006(d), this Sale Order shall be effective and enforceable immediately upon entry and its provisions shall be self-executing. In the absence of any entity obtaining a stay pending appeal, the Debtor and the Buyer are free to close the Sale at any time.

**IT IS FURTHER ORDERED** that the Debtor shall serve this Order via first-class U.S. Mail on the required parties who will not receive a copy through the Court's CM/ECF system

pursuant to the Federal Rules of Bankruptcy Procedure and this Court's Local Rules and file a certificate of service to that effect within three (3) days.

New Orleans, Louisiana, July 10, 2025.

_____

MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE

Revpro and Associates

February 12, 2025

**AXIS OILFIELD RENTALS**
261 HWY 1085
MADISONVILLE, LOUISIANA

| Item # | Qty | Description | Cond | Photo # | F/M/V | O/LV | F/LV |
|--------|-----|-------------|------|---------|-------|------|------|
| **Air Compressors** | | | | | | | |
| 1 | 1 | #AR-EAC-01. Electric Air Compressor. | G | | 8,400.00 | 5,500.00 | 2,900.00 |
| 2 | 1 | #AR-AC-18505. CP 185 PD7. | G | | 8,800.00 | 5,700.00 | 3,100.00 |
| 3 | 1 | #AR-AC-18505. Rebuild AR-C-18505. | G | | 2,800.00 | 1,800.00 | 1,000.00 |
| 4 | 1 | #AR-AC-18509. CP 185 PD7. | G | | 7,500.00 | 4,900.00 | 2,600.00 |
| 5 | 1 | #AR-AC-18554. CP 185 JD07. | G | 2-2 | 8,800.00 | 5,700.00 | 3,100.00 |
| 6 | 1 | #AR-AC-18560. Air Compressor. Doosan, P185m Hours: 2,008 | G | 19 | 8,800.00 | 5,700.00 | 3,100.00 |
| 7 | 1 | #AR-AC-18561. Air Compressor. | G | | 5,500.00 | 3,600.00 | 1,900.00 |
| 8 | 1 | #AR-AC-18566. Air Compressor. | G | | 3,500.00 | 2,300.00 | 1,200.00 |
| 9 | 1 | #AR-AC-18567. Air Compressor. | G | | 3,500.00 | 2,300.00 | 1,200.00 |
| 10 | 1 | #AR-AC-18568. Air Compressor. | G | | 3,500.00 | 2,300.00 | 1,200.00 |
| 11 | 1 | #AR-AC-18569. 185 CFM. | G | | 10,100.00 | 6,600.00 | 3,500.00 |
| 12 | 1 | #AR-AC-18571. 185 CFM. | G | | 10,100.00 | 6,600.00 | 3,500.00 |
| **Cargo Baskets** | | | | | | | |
| 13 | 1 | #AR-CB-01. Cargo Basket, 4"W x 8"L x 3'H. | G | 7 | 900.00 | 600.00 | 300.00 |
| 14 | 1 | #AR-CB-02. Cargo Basket, 4"x 8". | G | | 2,100.00 | 1,400.00 | 700.00 |
| 15 | 1 | #AR-CB-74. Cargo Basket, 4"x 8". | G | | 1,000.00 | 700.00 | 400.00 |
| **Distribution Panels** | | | | | | | |
| 16 | 1 | #AR-EPDP-01. Electric Distribution Panel, 4 outlets | G | 2 | 1,000.00 | 700.00 | 300.00 |
| 17 | 1 | #AR-EPDP-03. Distribution Panel. | G | | 1,000.00 | 700.00 | 300.00 |
| 18 | 1 | #AR-EPDP-04. Explosion Proof Distribution Panel. | G | | 1,600.00 | 1,000.00 | 400.00 |
| **Ditch Magnets** | | | | | | | |
| 19 | 1 | #AR-DM-10. Ditch Magnets. | G | 6, 2-4 | 600.00 | 400.00 | 200.00 |
| 20 | 1 | #AR-DM-11. Ditch Magnets. | G | | 600.00 | 400.00 | 200.00 |

EXHIBIT A ASSETS

Revpro and Associates

| Item # | Qty | Description | Cond | Photo # | F/M/V | O/LV | F/LV |
|---|---|---|---|---|---|---|---|
| 21 | 1 | #AR-DM-14. Ditch Magnets. | G | | 600.00 | 400.00 | 200.00 |
| 22 | 1 | #AR-DM-1807. Ditch Magnets. | G | | 600.00 | 400.00 | 200.00 |
| 23 | 1 | #AR-DM-1808. Ditch Magnets. | G | | 600.00 | 400.00 | 200.00 |
| **Explosion Proof LEDs** | | | | | | | |
| 24 | 1 | #AR-EPLED-01. Explosion Proof LED. Larson, 50' cord, EPL-HB-150-LED-R1 | G | 4 | 400.00 | 300.00 | 100.00 |
| 25 | 1 | #AR-EPLED-02. Explosion Proof LED. | G | | 400.00 | 300.00 | 100.00 |
| 26 | 1 | #AR-EPLED-03. Explosion Proof LED. | G | | 400.00 | 300.00 | 100.00 |
| 27 | 1 | #AR-EPLED-04. Explosion Proof LED. | G | | 400.00 | 300.00 | 100.00 |
| 28 | 1 | #AR-EPLED-05. Explosion Proof LED. | G | | 400.00 | 300.00 | 100.00 |
| 29 | 1 | #AR-EPLED-06. Explosion Proof LED. | G | | 400.00 | 300.00 | 100.00 |
| 30 | 1 | #AR-EPLED-07. Explosion Proof LED. | G | | 400.00 | 300.00 | 100.00 |
| 31 | 1 | #AR-EPLED-08. LED Light. | G | | 400.00 | 300.00 | 100.00 |
| **Extension Cords** | | | | | | | |
| 32 | 1 | #AR-EPEC-03. Explosion Proof Extension Cord. One outlet, 50' cord, Larson | G | 3 | 300.00 | 200.00 | 100.00 |
| 33 | 1 | #AR-EPEC-04. Explosion Proof Extension Cord. | G | | 300.00 | 200.00 | 100.00 |
| 34 | 1 | #AR-EPEC-05. Explosion Proof Extension Cord. | G | | 300.00 | 200.00 | 100.00 |
| 35 | 1 | #AR-EPEC-06. Explosion Proof Extension Cord. | G | | 300.00 | 200.00 | 100.00 |
| 36 | 1 | #AR-EPEC-07. Explosion Proof Extension Cord. | G | | 300.00 | 200.00 | 100.00 |
| 37 | 1 | #AR-EPEC-08. Explosion Proof Extension Cord. | G | | 300.00 | 200.00 | 100.00 |
| 38 | 1 | #AR-EPEC-09. Explosion Proof Extension Cord. | G | | 300.00 | 200.00 | 100.00 |
| 39 | 1 | #AR-EPEC-10. Explosion Proof Extension Cord. | G | | 300.00 | 200.00 | 100.00 |
| 40 | 1 | #AR-EPEC50-01. Explosion Proof Extension Cord 50'. | G | | 500.00 | 300.00 | 200.00 |
| 41 | 1 | #AR-EPEC50-02. Explosion Proof Extension Cord 50'. | G | | 500.00 | 300.00 | 200.00 |
| **Forklifts** | | | | | | | |

Revpro and Associates

| Item # | Qty | Description | Cond | Photo # | F/M/V | O/LV | F/LV |
|--------|-----|-------------|------|---------|-------|------|------|
| 42 | 1 | #AR-FL-01. Daewoo G258+ Madisonville. Hours: 2694, LP, G25E8, 5000 lb capacity. | G | 5 | 14,000.00 | 9,100.00 | 4,900.00 |
| 43 | 1 | #AR-FL-02. Terex 4x4 Diesel Fork Lift Pearsall. Not seen by appraisers - off site. | G | | 35,000.00 | 23,000.00 | 12,000.00 |
| 44 | 1 | #AR-FL-03. Terex 4x4 Diesel Fork Lift Odessa. Not seen by appraisers - off site. | G | | 35,000.00 | 23,000.00 | 12,000.00 |
| 45 | 1 | #AR-FL-04. Fork Lift CAT Telehandlers TL 1055D. 2016. Hours: 5,163. S/N: ML50455. | G | 2-5 | 101,000.00 | 66,000.00 | 35,000.00 |
| **Fuel Tanks** | | | | | | | |
| 46 | 1 | #AR-FT-1001. Fuel Tank. 100 gallon capacity. Skidded. | G | 2-6 | 500.00 | 300.00 | 100.00 |
| 47 | 1 | #AR-FT-1002. Fuel Tank. | G | | 500.00 | 300.00 | 100.00 |
| 48 | 1 | #AR-FT-1003. Fuel Tank. | G | | 500.00 | 300.00 | 100.00 |
| 49 | 1 | #AR-FT-1004. Fuel Tank. | G | | 500.00 | 300.00 | 100.00 |
| 50 | 1 | #AR-FT-3504. Fuel Tank. | G | | 500.00 | 300.00 | 100.00 |
| **Generators** | | | | | | | |
| 51 | 1 | #AR-GEN-101. Generator, Diesel Skid Mounted 10kW. Not a rental unit. 480V. 3-phase. Kubota, GL11000, Hours: 2670 | G | 8, 2-7 | 6,800.00 | 4,400.00 | 2,400.00 |
| 52 | 1 | #AR-GEN-301. Generator 30kW withLights. 500 gal fuel tank, Maxilite Ex, Allmand, SHO-HD V Series | G | 10 | 8,000.00 | 5,000.00 | 3,000.00 |
| 53 | 1 | #AR-GEN-501. Generator, Diesel Skid Mounted 5.5kW. | G | | 500.00 | 300.00 | 200.00 |
| 54 | 1 | #AR-GEN-502. Generator, Diesel Skid Mounted 5.5kW. | G | | 500.00 | 300.00 | 200.00 |
| 55 | 1 | #AR-GEN-601. Trailer Mounted Generator. | G | | 1,200.00 | 800.00 | 400.00 |
| 56 | 1 | #AR-GEN-602. Trailer Mounted Generator. 16' trailer with dual axle, Hours: 580, Armstrong Power System, 60K | G | 9 | 5,500.00 | 3,600.00 | 1,900.00 |
| **Hoses** | | | | | | | |
| 57 | 1 | #AR-HPH-01. 2" x 50' 10k pressure hose. | G | 2-8 | 2,000.00 | 1,300.00 | 500.00 |
| **Hydraulic Power Units** | | | | | | | |
| 58 | 1 | #AR-HPU-02. Hydraulic Power Unit. Skidded. 1,800 to 2,500 PSI. | G | 2-9 | 31,000.00 | 20,000.00 | 8,000.00 |
| 59 | 1 | #AR-HPU-03. Hydraulic Power Unit. | G | | 19,000.00 | 12,000.00 | 5,000.00 |

Revpro and Associates

| Item # | Qty | Description | Cond | Photo # | F/M/V | O/L/V | F/L/V |
|--------|-----|-------------|------|---------|-------|-------|-------|
| 60 | 1 | #AR-HPU-05. Hydraulic Power Unit. | G | | 24,000.00 | 16,000.00 | 6,000.00 |
| 61 | 1 | #AR-HPU-06. Hydraulic Power Unit. | G | | 24,000.00 | 16,000.00 | 6,000.00 |
| 62 | 1 | #AR-HPU-08. HPU. | G | | 25,000.00 | 16,000.00 | 6,000.00 |
| 63 | 1 | #AR-HPU-09. Hydraulic Power Unit. | G | | 13,000.00 | 8,000.00 | 3,000.00 |
| 64 | 1 | #AR-HPU-10. Hydraulic Power Unit. | G | | 39,000.00 | 25,000.00 | 10,000.00 |
| 65 | 1 | #AR-HPU-11. Hydraulic Power Unit. | G | | 39,000.00 | 25,000.00 | 10,000.00 |
| 66 | 1 | #AR-HPU-12. Hydraulic Power Unit. | G | | 39,000.00 | 25,000.00 | 10,000.00 |
| 67 | 1 | #AR-HPU-15. Hydraulic Power Unit. | G | | 39,000.00 | 25,000.00 | 10,000.00 |
| 68 | 1 | #AR-HPU-17. Hydralic Power Unit. | G | | 40,000.00 | 26,000.00 | 10,000.00 |
| 69 | 1 | #AR-HPU-18. Hydralic Power Unit. | G | | 40,000.00 | 26,000.00 | 10,000.00 |
| 70 | 1 | #AR-HPU-19. Hydralic Power Unit. | G | | 40,000.00 | 26,000.00 | 10,000.00 |
| 71 | 1 | #AR-HPU-20. Hydraulic Power Unit. | G | | 29,000.00 | 19,000.00 | 7,000.00 |
| 72 | 1 | #AR-HPU-21. Hydraulic Power Unit. | G | | 29,000.00 | 19,000.00 | 7,000.00 |

**Ice Bins**

| Item # | Qty | Description | Cond | Photo # | F/M/V | O/L/V | F/L/V |
|--------|-----|-------------|------|---------|-------|-------|-------|
| 73 | 1 | #AR-ICE-01. Ice Bin. Skidded. Leer 40ASL-R290 51" Outdoor Auto Defrost Ice Merchandiser. | G | 2-10 | 1,100.00 | 700.00 | 300.00 |
| 74 | 1 | #AR-ICE-03. Ice Bin. | G | | 1,100.00 | 700.00 | 400.00 |
| 75 | 1 | #AR-ICE-04. Ice Bin. | G | | 1,100.00 | 700.00 | 400.00 |
| 76 | 1 | #AR-ICE-05. Ice Bin. | G | | 1,100.00 | 700.00 | 400.00 |

**Light Towers**

| Item # | Qty | Description | Cond | Photo # | F/M/V | O/L/V | F/L/V |
|--------|-----|-------------|------|---------|-------|-------|-------|
| 77 | 1 | #AR-LTSM-03. Light Tower, Skid Mounted., MLT 3060K-01 | G | 30 | 2,500.00 | 1,600.00 | 900.00 |
| 78 | 1 | #AR-LTSM-04. Light Tower, Skid Mounted. | G | | 6,200.00 | 4,000.00 | 2,200.00 |
| 79 | 1 | #AR-LTSM-05. Light Tower, Skid Mounted. | G | | 6,200.00 | 4,000.00 | 2,200.00 |
| 80 | 1 | #AR-LTSM-06. Light Tower, Skid Mounted. | G | | 6,200.00 | 4,000.00 | 2,200.00 |
| 81 | 1 | #AR-LTSM-07. Light Tower, Skid Mounted. | G | | 6,200.00 | 4,000.00 | 2,200.00 |
| 82 | 1 | #AR-LTSM-08. Light Tower, Skid Mounted. | G | | 6,200.00 | 4,000.00 | 2,200.00 |
| 83 | 1 | #AR-LTSM-09. Light Tower, Skid Mounted. | G | | 6,200.00 | 4,000.00 | 2,200.00 |
| 84 | 1 | #AR-LTSM-10. Light Tower, Skid Mounted. | G | | 6,200.00 | 4,000.00 | 2,200.00 |
| 85 | 1 | #AR-LTC-03. MLT4060K- Magnum Light Tower with Compressor Package. | VG - G | 2-12 | 6,200.00 | 4,000.00 | 2,200.00 |
| 86 | 1 | #AR-LTC-04. MLT4060K- Magnum Light Tower with Compressor Package. | VG - G | | 6,200.00 | 4,000.00 | 2,200.00 |
| 87 | 1 | #AR-LTC-05. MLT4060K- Magnum Light Tower with Compressor Package. | VG - G | | 6,200.00 | 4,000.00 | 2,200.00 |

Revpro and Associates

| Item # | Qty | Description | Cond | Photo # | F/M/V | O/LV | F/LV |
|--------|-----|-------------|------|---------|-------|------|------|
| 88 | 1 | #AR-LTC-07. MLT4060K- Magnum Light Tower with Compressor Package. | VG - G | | 6,200.00 | 4,000.00 | 2,200.00 |
| 89 | 1 | #AR-LTC-08. MLT4060K- Magnum Light Tower with Compressor Package. | VG - G | | 6,200.00 | 4,000.00 | 2,200.00 |
| 90 | 1 | #AR-LTC-10. MLT4060K- Magnum Light Tower with Compressor Package. | VG - G | | 6,200.00 | 4,000.00 | 2,200.00 |
| 91 | 1 | #AR-LTC-14. MLT4060K- Magnum Light Tower with Compressor Package. | VG - G | | 6,200.00 | 4,000.00 | 2,200.00 |
| 92 | 1 | #AR-LTC-16. MLT4060K- Magnum Light Tower with Compressor Package. | VG - G | | 6,200.00 | 4,000.00 | 2,200.00 |
| 93 | 1 | #AR-LTC-18. MLT4060K- Magnum Light Tower with Compressor Package. | VG - G | | 6,500.00 | 4,200.00 | 2,300.00 |
| 94 | 1 | #AR-LTC-23. MLT4060K- Magnum Light Tower with Compressor Package. | VG - G | | 6,500.00 | 4,200.00 | 2,300.00 |
| 95 | 1 | #AR-LTC-25. MLT4060K- Magnum Light Tower with Compressor Package. | VG - G | | 6,500.00 | 4,200.00 | 2,300.00 |
| 96 | 1 | #AR-LTC-26. MLT4060K- Magnum Light Tower with Compressor Package. | VG - G | | 6,500.00 | 4,200.00 | 2,300.00 |
| 97 | 1 | #AR-LTC-28. MLT4060K- Magnum Light Tower with Compressor Package. | VG - G | | 6,500.00 | 4,200.00 | 2,300.00 |
| 98 | 1 | #AR-LTC-32. MLT4060K- Magnum Light Tower with Compressor Package. | VG - G | | 6,500.00 | 4,200.00 | 2,300.00 |
| 99 | 1 | #AR-LTC-33. MLT4060K- Magnum Light Tower with Compressor Package. | VG - G | | 6,500.00 | 4,200.00 | 2,300.00 |
| 100 | 1 | #AR-LTC-35. MLT4060K- Magnum Light Tower with Compressor Package. | VG - G | | 6,500.00 | 4,200.00 | 2,300.00 |
| 101 | 1 | #AR-LTC-37. MLT4060K- Magnum Light Tower with Compressor Package. | VG - G | | 6,500.00 | 4,200.00 | 2,300.00 |
| 102 | 1 | #AR-LTC-39. MLT4060K- Magnum Light Tower with Compressor Package. | VG - G | | 6,500.00 | 4,200.00 | 2,300.00 |
| 103 | 1 | #AR-LTC-42. MLT4060K- Magnum Light Tower with Compressor Package. | VG - G | | 6,500.00 | 4,200.00 | 2,300.00 |
| 104 | 1 | #AR-LTC-44. MLT4060K- Magnum Light Tower with Compressor Package. | VG - G | | 6,500.00 | 4,200.00 | 2,300.00 |
| 105 | 1 | #AR-LTC-46. MLT4060K- Magnum Light Tower with Compressor Package. | VG - G | | 6,500.00 | 4,200.00 | 2,300.00 |

Revpro and Associates

| Item # | Qty | Description | Cond | Photo # | F/M/V | O/LV | F/LV |
|--------|-----|-------------|------|---------|-------|------|------|
| 106 | 1 | #AR-LTC-48. MLT4060K- Magnum Light Tower with Compressor Package. | VG - G | | 6,500.00 | 4,200.00 | 2,300.00 |
| 107 | 1 | #AR-LTC-49. MLT4060K- Magnum Light Tower with Compressor Package. | VG - G | | 6,500.00 | 4,200.00 | 2,300.00 |
| 108 | 1 | #AR-LTC-50. MLT4060K- Magnum Light Tower with Compressor Package. | VG - G | | 6,500.00 | 4,200.00 | 2,300.00 |
| 109 | 1 | #AR-LT-100. MLT3060K- Magnum Light Tower. | VG - G | 2-11 | 2,400.00 | 1,600.00 | 800.00 |
| 110 | 1 | #AR-LT-104. MLT3060K- Magnum Light Tower. | VG - G | | 2,400.00 | 1,600.00 | 800.00 |
| 111 | 1 | #AR-LT-106. MLT3060K- Magnum Light Tower. | VG - G | | 2,500.00 | 1,600.00 | 900.00 |
| 112 | 1 | #AR-LT-108. MLT3060K- Magnum Light Tower. | VG - G | | 2,500.00 | 1,600.00 | 900.00 |
| 113 | 1 | #AR-LT-111. MLT3060K- Magnum Light Tower. | VG - G | | 2,500.00 | 1,600.00 | 900.00 |
| 114 | 1 | #AR-LT-114. MLT3060K- Magnum Light Tower. | VG - G | | 2,500.00 | 1,600.00 | 900.00 |
| 115 | 1 | #AR-LT-116. MLT3060K- Magnum Light Tower. | VG - G | | 2,600.00 | 1,700.00 | 900.00 |
| 116 | 1 | #AR-LT-117. MLT3060K- Magnum Light Tower. | VG - G | | 2,600.00 | 1,700.00 | 900.00 |
| 117 | 1 | #AR-LT-118. MLT3060K- Magnum Light Tower. | VG - G | | 2,600.00 | 1,700.00 | 900.00 |
| 118 | 1 | #AR-LT-122. MLT3060K- Magnum Light Tower. | VG - G | | 2,600.00 | 1,700.00 | 900.00 |
| 119 | 1 | #AR-LT-124. MLT3060K- Magnum Light Tower. | VG - G | | 2,600.00 | 1,700.00 | 900.00 |
| 120 | 1 | #AR-LT-127. MLT3060K- Magnum Light Tower. | VG - G | | 2,600.00 | 1,700.00 | 900.00 |
| 121 | 1 | #AR-LT-129. MLT3060K- Magnum Light Tower. | VG - G | | 2,600.00 | 1,700.00 | 900.00 |
| 122 | 1 | #AR-LT-130. MLT3060K- Magnum Light Tower. | VG - G | | 2,600.00 | 1,700.00 | 900.00 |
| 123 | 1 | #AR-LT-132. MLT3060K- Magnum Light Tower. | VG - G | | 2,600.00 | 1,700.00 | 900.00 |

Axis Oilfield Rentals    February 2025

Revpro and Associates

| Item # | Qty | Description | Cond | Photo # | F/M/V | O/L/V | F/L/V |
|--------|-----|-------------|------|---------|-------|-------|-------|
| 124 | 1 | #AR-LT-133. MLT3060K- Magnum Light Tower. | VG - G | | 2,600.00 | 1,700.00 | 900.00 |
| 125 | 1 | #AR-LT-134. MLT3060K- Magnum Light Tower. | VG - G | | 2,600.00 | 1,700.00 | 900.00 |
| 126 | 1 | #AR-LT-137. MLT3060K- Magnum Light Tower. | VG - G | | 2,600.00 | 1,700.00 | 900.00 |
| 127 | 1 | #AR-LT-142. MLT3060K- Magnum Light Tower. | VG - G | | 2,600.00 | 1,700.00 | 900.00 |
| 128 | 1 | #AR-LT-143. MLT3060K- Magnum Light Tower. | VG - G | | 2,600.00 | 1,700.00 | 900.00 |
| 129 | 1 | #AR-LT-146. MLT3060K- Magnum Light Tower. | VG - G | | 2,600.00 | 1,700.00 | 900.00 |
| 130 | 1 | #AR-LT-147. MLT3060K- Magnum Light Tower. | VG - G | | 2,600.00 | 1,700.00 | 900.00 |
| 131 | 1 | #AR-LT-149. MLT3060K- Magnum Light Tower. | VG - G | | 2,600.00 | 1,600.00 | 900.00 |
| 132 | 1 | #AR-LT-15. MLT3060K- Magnum Light Tower. | VG - G | | 2,500.00 | 1,700.00 | 900.00 |
| 133 | 1 | #AR-LT-150. MLT3060K- Magnum Light Tower. | VG - G | | 2,600.00 | 1,700.00 | 900.00 |
| 134 | 1 | #AR-LT-152. MLT3060K- Magnum Light Tower. | VG - G | | 2,600.00 | 1,700.00 | 900.00 |
| 135 | 1 | #AR-LT-153. MLT3060K- Magnum Light Tower. | VG - G | | 2,600.00 | 1,700.00 | 900.00 |
| 136 | 1 | #AR-LT-157. MLT3060K- Magnum Light Tower. | VG - G | | 2,600.00 | 1,700.00 | 900.00 |
| 137 | 1 | #AR-LT-159. MLT3060K- Magnum Light Tower. | VG - G | | 2,600.00 | 1,700.00 | 900.00 |
| 138 | 1 | #AR-LT-162. MLT3060K- Magnum Light Tower. | VG - G | | 2,600.00 | 1,700.00 | 900.00 |
| 139 | 1 | #AR-LT-163. MLT3060K- Magnum Light Tower. | VG - G | | 2,600.00 | 1,700.00 | 900.00 |
| 140 | 1 | #AR-LT-164. MLT3060K- Magnum Light Tower. | VG - G | | 2,600.00 | 1,700.00 | 900.00 |
| 141 | 1 | #AR-LT-166. MLT3060K- Magnum Light Tower. | VG - G | | 2,600.00 | 1,700.00 | 900.00 |

Axis Oilfield Rentals    February 2025

Revpro and Associates

| Item # | Qty | Description | Cond | Photo # | F/M/V | O/LV | F/LV |
|---|---|---|---|---|---|---|---|
| 142 | 1 | #AR-LT-167. MLT3060K- Magnum Light Tower. | VG - G | | 2,600.00 | 1,700.00 | 900.00 |
| 143 | 1 | #AR-LT-168. MLT3060K- Magnum Light Tower. | VG - G | | 2,600.00 | 1,700.00 | 900.00 |
| 144 | 1 | #AR-LT-170. MLT3060K- Magnum Light Tower. | VG - G | | 2,600.00 | 1,700.00 | 900.00 |
| 145 | 1 | #AR-LT-171. MLT3060K- Magnum Light Tower. | VG - G | | 2,600.00 | 1,700.00 | 900.00 |
| 146 | 1 | #AR-LT-40. MLT3060K- Magnum Light Tower. | VG - G | | 2,500.00 | 1,600.00 | 900.00 |
| 147 | 1 | #AR-LT-41. MLT3060K- Magnum Light Tower. | VG - G | | 2,500.00 | 1,600.00 | 900.00 |
| 148 | 1 | #AR-LT-43. MLT3060K- Magnum Light Tower. | VG - G | | 2,500.00 | 1,600.00 | 900.00 |
| 149 | 1 | #AR-LT-46. MLT3060K- Magnum Light Tower. | VG - G | | 2,500.00 | 1,600.00 | 900.00 |
| 150 | 1 | #AR-LT-49. MLT3060K- Magnum Light Tower. | VG - G | | 2,500.00 | 1,600.00 | 900.00 |
| 151 | 1 | #AR-LT-51. MLT3060K- Magnum Light Tower. | VG - G | | 2,500.00 | 1,600.00 | 900.00 |
| 152 | 1 | #AR-LT-52. MLT3060K- Magnum Light Tower. | VG - G | | 2,600.00 | 1,700.00 | 900.00 |
| 153 | 1 | #AR-LT-55. MLT3060K- Magnum Light Tower. | VG - G | | 2,600.00 | 1,700.00 | 900.00 |
| 154 | 1 | #AR-LT-58. MLT3060K- Magnum Light Tower. | VG - G | | 2,600.00 | 1,700.00 | 900.00 |
| 155 | 1 | #AR-LT-60. MLT3060K- Magnum Light Tower. | VG - G | | 2,600.00 | 1,700.00 | 900.00 |
| 156 | 1 | #AR-LT-63. MLT3060K- Magnum Light Tower. | VG - G | | 2,600.00 | 1,700.00 | 900.00 |
| 157 | 1 | #AR-LT-64. MLT3060K- Magnum Light Tower. | VG - G | | 2,600.00 | 1,700.00 | 900.00 |
| 158 | 1 | #AR-LT-66. MLT3060K- Magnum Light Tower. | VG - G | | 2,600.00 | 1,700.00 | 900.00 |
| 159 | 1 | #AR-LT-67. MLT3060K- Magnum Light Tower. | VG - G | | 2,600.00 | 1,700.00 | 900.00 |

Revpro and Associates

| Item # | Qty | Description | Cond | Photo # | F/M/V | O/LV | F/LV |
|--------|-----|-------------|------|---------|-------|------|------|
| 160 | 1 | #AR-LT-71. MLT3060K- Magnum Light Tower. | VG - G | | 2,600.00 | 1,700.00 | 900.00 |
| 161 | 1 | #AR-LT-72. MLT3060K- Magnum Light Tower. | VG - G | | 2,600.00 | 1,700.00 | 900.00 |
| 162 | 1 | #AR-LT-73. MLT3060K- Magnum Light Tower. | VG - G | | 2,600.00 | 1,700.00 | 900.00 |
| 163 | 1 | #AR-LT-74. MLT3060K- Magnum Light Tower. | VG - G | | 2,600.00 | 1,700.00 | 900.00 |
| 164 | 1 | #AR-LT-77. MLT3060K- Magnum Light Tower. | VG - G | | 2,300.00 | 1,500.00 | 800.00 |
| 165 | 1 | #AR-LT-82. MLT3060K- Magnum Light Tower. | VG - G | | 2,300.00 | 1,500.00 | 800.00 |
| 166 | 1 | #AR-LT-89. MLT3060K- Magnum Light Tower. | VG - G | | 2,300.00 | 1,500.00 | 800.00 |
| 167 | 1 | #AR-LT-92. MLT3060K- Magnum Light Tower. | VG - G | | 2,300.00 | 1,500.00 | 800.00 |
| 168 | 1 | #AR-LT-94. MLT3060K- Magnum Light Tower. | VG - G | | 2,300.00 | 1,500.00 | 800.00 |
| 169 | 1 | #AR-LT-96. MLT3060K- Magnum Light Tower. | VG - G | | 2,300.00 | 1,500.00 | 800.00 |
| 170 | 1 | #AR-LT-99. MLT3060K- Magnum Light Tower. | VG - G | | 2,300.00 | 1,500.00 | 800.00 |
| **Miscellaneous** | | | | | | | |
| 171 | 1 | #AR-AH-01. Airhorns. Texas Pneumatic | G | 31 | 400.00 | 300.00 | 100.00 |
| 172 | 1 | #AR-AH-02. Airhorns. | G | | 400.00 | 300.00 | 100.00 |
| 173 | 1 | #AR-AH-03. Airhorns. | G | | 400.00 | 300.00 | 100.00 |
| 174 | 1 | #AR-CMD-01. Compact Magnet Drill, Hougen, HMD904 | G | 1 | 700.00 | 500.00 | 200.00 |
| 175 | 1 | #AR-CMD-02. Compact Magnet Drill. | G | | 700.00 | 500.00 | 200.00 |
| 176 | 1 | #AR-CDT-01. Drift Casing Pipes - CDT. | G | | 4,100.00 | 2,700.00 | 1,000.00 |
| 177 | 1 | #AR-FP-01. Filter Pod Skid. 2023, | G | 20 | 5,000.00 | 3,300.00 | 1,800.00 |
| 178 | 1 | #AR-JB-01. Job Tool Box. | G | | 2,000.00 | 1,300.00 | 700.00 |
| 179 | 1 | #AR-JB-01. Job Tool Box. Duplicate unit number. | G | | 2,000.00 | 1,300.00 | 700.00 |
| 180 | 1 | #AR-JB-01. Job Tool Box. Duplicate unit number. | G | | 2,000.00 | 1,300.00 | 700.00 |

Axis Oilfield Rentals   February 2025

Revpro and Associates

| Item # | Qty | Description | Cond | Photo # | F/M/V | O/LV | F/LV |
|---|---|---|---|---|---|---|---|
| 181 | 1 | #AR-JB-01. Job Tool Box. Duplicate unit number. | G | | 2,000.00 | 1,300.00 | 700.00 |
| 182 | 1 | #AR-PJ-02. Pallet Jack. 5000 lb capacity | G | 24 | 400.00 | 300.00 | 100.00 |
| 183 | 1 | #AR-ROB-04. Roll Off Bin. PJ trailer, dump trailer, Lic: J605489, Model: DR142 | G | 22 | 3,000.00 | 2,000.00 | 1,100.00 |
| 184 | 1 | #AR-ROB-05. Roll Off Bin. | G | | 3,000.00 | 2,000.00 | 1,100.00 |
| 185 | 1 | #AR-ROB-08. Roll Off Bin. | G | | 3,000.00 | 2,000.00 | 1,100.00 |
| 186 | 1 | #AR-SKS-01. Skid Steer. 2017, CAT 299D2, FD201775, 6' bucklet and forks, Hours: 3428 | VG | 29 | 42,000.00 | 27,000.00 | 15,000.00 |
| 187 | 1 | #AR-WM-410. Water Manifold. | G | 2-13 | 500.00 | 300.00 | 100.00 |
| 188 | 1 | #AR-WM-414. 4" Water Manifold. | G | 2-13 | 700.00 | 500.00 | 200.00 |
| 189 | 1 | #AR-DWM-3001. 2012 Lincoln Vantage 300 Welding Machine. Hours: 3841 | G | 23 | 5,300.00 | 3,400.00 | 1,900.00 |
| **Pickup Trucks** | | | | | | | |
| 190 | 1 | #AR-PU-23. 2017 Ford F-150. 4X4. Crew cab. With toolbox. Miles: 190,680. License: C712008. | G | 2-14 | 16,000.00 | 10,000.00 | 6,000.00 |
| 191 | 1 | #AR-PU-27. 2017 Ford F-250 XL Super Duty. FX4. Crew cab. Miles: 175,473. VIN: 1FT7W2BT7HEE78625. | G - F | 2-16 | 31,000.00 | 20,000.00 | 11,000.00 |
| 192 | 1 | #AR-PU-30. 2018 Ford F150 Vin#1024. XL. 4x4. Crew cab. Miles: 2341,094. License: C576331. | G | 2-23 | 29,000.00 | 19,000.00 | 10,000.00 |
| 193 | 1 | #AR-PU-34. 2019 Ford F-350 Super Duty 6.7L Power Stroke. FX4 Off Road. Crew cab. Miles: 275,465. License: SVP6158. | G - F | 2-15 | 36,000.00 | 23,000.00 | 13,000.00 |
| 194 | 1 | #AR-PU-38. 2021 Chevy Silverado 2500. Diesel, 4x4, not seen by appraiser - off site | G | | 69,000.00 | 45,000.00 | 24,000.00 |
| 195 | 1 | #AR-PU-39. 2022 Dodge RAM 2500. 2022, 4 door, tool box, Milloes: 75471, Lic: Z647587, Vin: 3C6VR5CL0NG326207 | G | 32 | 56,000.00 | 36,000.00 | 20,000.00 |
| 196 | 1 | #AR-PU-40. 2022 F-150. | G | | 47,000.00 | 31,000.00 | 16,000.00 |
| 197 | 1 | #AR-PU-41. 2022 F-350 6.7L Super Duty Power Stroke Turbo Diesel. Crew cab. Miles: 153,140. License: Z443191.Blue. | G | 2-19 | 39,000.00 | 25,000.00 | 14,000.00 |

Revpro and Associates

| Item # | Qty | Description | Cond | Photo # | F/MV | O/LV | F/LV |
|--------|-----|-------------|------|---------|------|------|------|
| 198 | 1 | #AR-PU-42. 2023 Chevy S 3500 HD Allison Duramax 4X4. Crew cab. Miles: 103,555. License: Z507261. | G | 2-22 | 42,000.00 | 27,000.00 | 15,000.00 |
| 199 | 1 | #AR-PU-43. 2022 F-250 Super Duty. | G | | 53,000.00 | 34,000.00 | 19,000.00 |
| 200 | 1 | #AR-PU-44. 2022 F-350 STX FX4 Off Road. Crew cab. Miles: 108,133. License: Z623730.Vin#0041. | G | 2-17 | 43,000.00 | 28,000.00 | 15,000.00 |
| 201 | 1 | #AR-PU-45. 2023 F-250 service truck. Miles: 77,250. License: Z625150. Vin#4209. Crew cab. With 8' steel flat bed, two tool boxes, headache rack, Stage Vac system including tanks for hydraulic fluid, oil, waste fluids, pump, three hose reels and small air compressor. | G | 2-18 | 56,000.00 | 36,000.00 | 20,000.00 |
| **Porta Cool Fans** | | | | | | | |
| 202 | 1 | #AR-PC-3601. Porta Cool Fan, 36". | G | 2-23 | 300.00 | 200.00 | 100.00 |
| 203 | 1 | #AR-PC-3602. Porta Cool Fan, 36". | G | | 300.00 | 200.00 | 100.00 |
| 204 | 1 | #AR-PC-3603. Porta Cool Fan, 36". | G | | 300.00 | 200.00 | 100.00 |
| 205 | 1 | #AR-PC-3604. Porta Cool Fan, 36". | G | | 300.00 | 200.00 | 100.00 |
| 206 | 1 | #AR-PC-3605. Porta Cool Fan, 36". PACLY160GA1 | G | 25 | 1,200.00 | 800.00 | 400.00 |
| 207 | 1 | #AR-PC-3606. Porta Cool Fan, 36". | G | | 2,700.00 | 1,800.00 | 900.00 |
| 208 | 1 | #AR-PC-3607. Porta Cool Fan, 36". | G | | 2,700.00 | 1,800.00 | 900.00 |
| 209 | 1 | #AR-PC-3608. Porta Cool Fan, 36". | G | | 2,700.00 | 1,800.00 | 900.00 |
| **Porta Cool Fans skid** | | | | | | | |
| 210 | 1 | #AR-PCSD-01. Portacool Skid. 4'X6'X6' | G | 26 | 2,900.00 | 1,900.00 | 1,000.00 |
| 211 | 1 | #AR-PCSD-02. Portacool Skid. | G | | 2,900.00 | 1,900.00 | 1,000.00 |
| 212 | 1 | #AR-PCSD-03. Portacool Skid. | G | | 2,900.00 | 1,900.00 | 1,000.00 |
| 213 | 1 | #AR-PCSD-04. Portacool Skid. | G | | 2,900.00 | 1,900.00 | 1,000.00 |
| **Pressure Washers** | | | | | | | |
| 214 | 1 | #AR-DPW-01. Diesel Pressure Washer, 3500 PSI. | G - F | 2-24 | 300.00 | 200.00 | 100.00 |
| 215 | 1 | #AR-DPW-02. Diesel Pressure Washer, 3500 PSI. | G - F | | 300.00 | 200.00 | 100.00 |
| 216 | 1 | #AR-DPW-03. Diesel Pressure Washer, 3500 PSI. Yanmarr | G - F | 27 | 300.00 | 200.00 | 100.00 |

Axis Oilfield Rentals    February 2025

Revpro and Associates

| Item # | Qty | Description | Cond | Photo # | F/M/V | O/LV | F/LV |
|--------|-----|-------------|------|---------|-------|------|------|
| 217 | 1 | #AR-DPW-05. Diesel Pressure Washer, 3500 PSI. | G - F | | 700.00 | 500.00 | 200.00 |
| 218 | 1 | #AR-DPW-06. Diesel Pressure Washer. | G - F | | 2,200.00 | 1,400.00 | 800.00 |
| 219 | 1 | #AR-DPW-07. Diesel Pressure Washer. | G - F | | 2,400.00 | 1,600.00 | 800.00 |
| 220 | 1 | #AR-DPW-08. Diesel Pressure Washer. | G - F | | 2,400.00 | 1,600.00 | 800.00 |
| 221 | 1 | #AR-DPW-09. Diesel Pressure Washer, 3500 PSI. | G - F | | 2,900.00 | 1,900.00 | 1,000.00 |
| 222 | 1 | #AR-DPW-10. Diesel Pressure Washer. | G - F | | 3,100.00 | 2,000.00 | 1,100.00 |
| 223 | 1 | #AR-DPW-11. Diesel Pressure Washer. | G - F | | 3,100.00 | 2,000.00 | 1,100.00 |
| 224 | 1 | #AR-DPW-12. Diesel Pressure Washer. | G - F | | 3,300.00 | 2,100.00 | 1,200.00 |
| 225 | 1 | #AR-DPW-13. Diesel Pressure Washer. | G - F | | 3,300.00 | 2,100.00 | 1,200.00 |
| 226 | 1 | #AR-DPW-14. Diesel Pressure Washer. | G - F | | 3,300.00 | 2,100.00 | 1,200.00 |
| 227 | 1 | #AR-DPW-15. Diesel Pressure Washer. | G - F | | 3,300.00 | 2,100.00 | 1,200.00 |
| 228 | 1 | #AR-DPW-16. Diesel Pressure Washer. | G - F | | 3,300.00 | 2,100.00 | 1,200.00 |
| 229 | 1 | #AR-DPW-17. Diesel Pressure Washer. | G - F | | 3,300.00 | 2,100.00 | 1,200.00 |
| 230 | 1 | #AR-DHWW-01. Diesel Hot Washer, 4500 PSI. | G | | 2,700.00 | 1,800.00 | 900.00 |
| 231 | 1 | #AR-DHWW-02. Diesel Hot Washer, 4500 PSI. | G | | 8,600.00 | 5,600.00 | 3,000.00 |
| 232 | 1 | #AR-DHWW-03. Diesel Hot Washer, 4500 PSI. | G | | 8,600.00 | 5,600.00 | 3,000.00 |
| 233 | 1 | #AR-DHWW-04. Diesel Hot Washer, 4500 PSI. | G | | 8,600.00 | 5,600.00 | 3,000.00 |
| 234 | 1 | #AR-DHWW-05. Diesel Hot Washer, 4500 PSI. | G | | 8,600.00 | 5,600.00 | 3,000.00 |
| 235 | 1 | #AR-EHWW-01. Hot Pressure Washer, 480 V. | G | | 1,600.00 | 1,000.00 | 600.00 |
| 236 | 1 | #AR-EHWW-02. Hot Pressure Washer, 480 V. | G | | 1,600.00 | 1,000.00 | 600.00 |
| 237 | 1 | #AR-EHWW-03. Hot Pressure Washer, 480 V. | G | | 1,600.00 | 1,000.00 | 600.00 |
| 238 | 1 | #AR-EHWW-04. Hot Pressure Washer, 480 V. | G | | 1,600.00 | 1,000.00 | 600.00 |
| 239 | 1 | #AR-EHWW-05. Hot Pressure Washer, 480 V. | G | | 1,600.00 | 1,000.00 | 600.00 |

Revpro and Associates

| Item # | Qty | Description | Cond | Photo # | F/M/V | O/L/V | F/L/V |
|--------|-----|-------------|------|---------|-------|-------|-------|
| 240 | 1 | #AR-EHWW-05. Electric Hot Pressure Washer. Possibly a refurb. | G | | 2,400.00 | 1,600.00 | 800.00 |
| 241 | 1 | #AR-EHWW-06. Hot Pressure Washer, 480 V. | G | | 1,600.00 | 1,000.00 | 600.00 |
| 242 | 1 | #AR-EHWW-07. Hot Pressure Washer, 480 V. | G | | 1,200.00 | 800.00 | 400.00 |
| 243 | 1 | #AR-EHWW-08. Hot Pressure Washer, 480 V. | G | | 3,100.00 | 2,000.00 | 1,100.00 |
| 244 | 1 | #AR-EHWW-09. Hot Pressure Washer, 480 V. | G | | 3,100.00 | 2,000.00 | 1,100.00 |
| 245 | 1 | #AR-EHWW-10. Hot Pressure Washer, 480 V. | G | | 4,600.00 | 3,000.00 | 1,600.00 |
| 246 | 1 | #AR-EHWW-11. Hot Pressure Washer, 480 V. | G | | 2,500.00 | 1,600.00 | 900.00 |
| 247 | 1 | #AR-EHWW-12. Hot Pressure Washer, 480 V. | G | | 2,500.00 | 1,600.00 | 900.00 |
| 248 | 1 | #AR-EHWW-13. Hot Pressure Washer, 480 V. | G | | 3,100.00 | 2,000.00 | 1,100.00 |
| 249 | 1 | #AR-EHWW-14. Hot Pressure Washer, 480 V. | G | | 3,100.00 | 2,000.00 | 1,100.00 |
| 250 | 1 | #AR-EHWW-15. Hot Pressure Washer, 480 V. | G | | 3,600.00 | 2,300.00 | 1,300.00 |
| 251 | 1 | #AR-EHWW-16. Hot Pressure Washer, 480 V. | G | | 3,600.00 | 2,300.00 | 1,300.00 |
| 252 | 1 | #AR-EHWW-17. Hot Pressure Washer, 480 V. | G | | 6,100.00 | 4,000.00 | 2,100.00 |
| 253 | 1 | #AR-EHWW-18. Electric Hot Pressure Washer. | G | | 6,700.00 | 4,400.00 | 2,300.00 |
| 254 | 1 | #AR-EHWW-19. Electric Hot Pressure Washer. | G | | 6,700.00 | 4,400.00 | 2,300.00 |
| 255 | 1 | #AR-EHWW-20. Electric Hot Pressure Washer. | G | | 6,200.00 | 4,000.00 | 2,200.00 |
| 256 | 1 | #AR-EHWW-21. Electric Hot Pressure Washer. | G | | 6,200.00 | 4,000.00 | 2,200.00 |
| 257 | 1 | #AR-EHWW-22. Electric Pressure Washer, Hot 480V. | G | | 6,200.00 | 4,000.00 | 2,200.00 |

Axis Oilfield Rentals    February 2025

Revpro and Associates

| Item # | Qty | Description | Cond | Photo # | F/M/V | O/LV | F/LV |
|--------|-----|-------------|------|---------|-------|------|------|
| 258 | 1 | #AR-EHWW-23. Electric Pressure Washer, Hot 480V. | G | | 6,200.00 | 4,000.00 | 2,200.00 |
| 259 | 1 | #AR-EHWW-24. Electric Pressure Washer, Hot 480V. | G | | 6,200.00 | 4,000.00 | 2,200.00 |
| 260 | 1 | #AR-EPW-01. Electric Pressure Washer. | G | | 900.00 | 600.00 | 300.00 |
| 261 | 1 | #AR-EPW-02. Electric Pressure Washer. | G | | 900.00 | 600.00 | 300.00 |
| 262 | 1 | #AR-PPW-03. Pneumatic Pressure Washer. | G | | 2,900.00 | 1,900.00 | 1,000.00 |
| **Pumps** | | | | | | | |
| 263 | 1 | #AR-ADP-101. Air Diaphragm Pump, 1". | G | 21 | 400.00 | 300.00 | 100.00 |
| 264 | 1 | #AR-ADP-102. Air Diaphragm Pump, 1". | G | | 400.00 | 300.00 | 100.00 |
| 265 | 1 | #AR-ADP-103. Air Diaphragm Pump, 1". | G | | 400.00 | 300.00 | 100.00 |
| 266 | 1 | #AR-ADP-104. Air Diaphragm Pump, 1". | G | | 1,100.00 | 700.00 | 400.00 |
| 267 | 1 | #AR-ADP-203. Air Diaphragm Pump, 2". | G | | 400.00 | 300.00 | 100.00 |
| 268 | 1 | #AR-ADP-204. Air Diaphragm Pump, 2". | G | | 400.00 | 300.00 | 100.00 |
| 269 | 1 | #AR-ADP-205. Air Diaphragm Pump, 2". | G | | 400.00 | 300.00 | 100.00 |
| 270 | 1 | #AR-ADP-206. Air Diaphragm Pump. | G | | 800.00 | 500.00 | 300.00 |
| 271 | 1 | #AR-ADP-207. Air Diaphragm Pump, 2". | G | | 900.00 | 600.00 | 300.00 |
| 272 | 1 | #AR-ADP-209. 2" Air Diaphragm Pump. | G | | 900.00 | 600.00 | 300.00 |
| 273 | 1 | #AR-ADP-302. Air Diaphragm Pump, 3". | G | | 500.00 | 300.00 | 200.00 |
| 274 | 1 | #AR-ADP-303. Air Diaphragm Pump, 3". | G | | 500.00 | 300.00 | 200.00 |
| 275 | 1 | #AR-ADP-304. Air Diaphragm Pump, 3". | G | | 500.00 | 300.00 | 200.00 |
| 276 | 1 | #AR-ADP-305. Air Diaphragm Pump, 3". | G | | 500.00 | 300.00 | 200.00 |
| 277 | 1 | #AR-ADP-307. Air Diaphragm Pump, 3". | G | | 500.00 | 300.00 | 200.00 |
| 278 | 1 | #AR-ADP-308. Air Diaphragm Pump, 3". | G | | 1,200.00 | 800.00 | 400.00 |
| 279 | 1 | #AR-ADP-309. Air Diaphragm Pump, 3". | G | | 1,200.00 | 800.00 | 400.00 |
| 280 | 1 | #AR-ADP-310. Air Diaphragm Pump. | G | | 1,200.00 | 800.00 | 400.00 |
| 281 | 1 | #AR-ADP-311. Air Diaphragm Pump. | G | | 1,200.00 | 800.00 | 400.00 |
| 282 | 1 | #AR-ADP-312. Air Diaphragm Pump. | G | | 1,800.00 | 1,200.00 | 600.00 |
| 283 | 1 | #AR-ADP-313. Air Diaphragm Pump. Skidded. | G | | 2,000.00 | 1,300.00 | 700.00 |
| 284 | 1 | #AR-ADP-314. Air Diaphragm Pump. | G | | 1,700.00 | 1,100.00 | 600.00 |
| 285 | 1 | #AR-ADP-316. Air Diaphragm Pump, 3". | G | | 1,700.00 | 1,100.00 | 600.00 |
| 286 | 1 | #AR-ADP-317. Air Diaphragm Pump 3". | G | | 1,000.00 | 700.00 | 400.00 |
| 287 | 1 | #AR-ADP-320. Air Diaphragm Pump, 3". | G | | 1,600.00 | 1,000.00 | 600.00 |

Revpro and Associates

| Item # | Qty | Description | Cond | Photo # | F/MV | O/LV | F/LV |
|--------|-----|-------------|------|---------|------|------|------|
| 288 | 1 | #AR-DCP-406. Diesel Centrifugal Pump. Assorted sizes: 4" x 4" or 6" x 6". | G | 2-27 | 14,000.00 | 9,000.00 | 5,000.00 |
| 289 | 1 | #AR-DCP-409. Diesel Centrifugal Pump. | G | | 14,000.00 | 9,000.00 | 5,000.00 |
| 290 | 1 | #AR-DCP-411. Diesel Centrifugal Pump. | G | | 14,000.00 | 9,000.00 | 5,000.00 |
| 291 | 1 | #AR-DCP-423. Diesel Centrifugal Pump. | G | | 17,000.00 | 11,000.00 | 6,000.00 |
| 292 | 1 | #AR-DCP-427. Diesel Centrifugal Pump. | G | | 16,000.00 | 10,000.00 | 6,000.00 |
| 293 | 1 | #AR-DCP-428. Diesel Centrifugal Pump. | G | | 16,000.00 | 10,000.00 | 6,000.00 |
| 294 | 1 | #AR-DCP-429. Diesel Centrifugal Pump. | G | | 16,000.00 | 10,000.00 | 6,000.00 |
| 295 | 1 | #AR-DCP-430. Diesel Centrifugal Pump. | G | | 17,000.00 | 11,000.00 | 6,000.00 |
| 296 | 1 | #AR-DCP-432. Diesel Centrifugal Pump. | G | | 17,000.00 | 11,000.00 | 6,000.00 |
| 297 | 1 | #AR-DCP-433. Diesel Centrifugal Pump. | G | | 17,000.00 | 11,000.00 | 6,000.00 |
| 298 | 1 | #AR-DCP-434. Diesel Centrifugal Pump. | G | | 17,000.00 | 11,000.00 | 6,000.00 |
| 299 | 1 | #AR-DCP-436. Diesel Centrifugal Pump. | G | | 17,000.00 | 11,000.00 | 6,000.00 |
| 300 | 1 | #AR-DCP-438. Diesel Centrifugal Pump. | G | | 17,000.00 | 11,000.00 | 6,000.00 |
| 301 | 1 | #AR-DCP-439. Diesel Centrifugal Pump. | G | | 17,000.00 | 11,000.00 | 6,000.00 |
| 302 | 1 | #AR-DCP-442. Diesel Centrifugal Pump. | G | | 17,000.00 | 11,000.00 | 6,000.00 |
| 303 | 1 | #AR-DCP-443. Diesel Centrifugal Pump. | G | | 17,000.00 | 11,000.00 | 6,000.00 |
| 304 | 1 | #AR-DCP-444. Diesel Centrifugal Pump. | G | | 17,000.00 | 11,000.00 | 6,000.00 |
| 305 | 1 | #AR-DCP-448. Diesel Centrifugal Pump. | G | | 17,000.00 | 11,000.00 | 6,000.00 |
| 306 | 1 | #AR-DCP-449. Diesel Centrifugal Pump. | G | | 21,000.00 | 14,000.00 | 7,000.00 |
| 307 | 1 | #AR-DCP-450. Diesel Centrifugal Pump. | G | | 13,200.00 | 8,600.00 | 4,600.00 |
| 308 | 1 | #AR-DCP-451. Diesel Centrifugal Pump. | G | | 13,200.00 | 8,600.00 | 4,600.00 |
| 309 | 1 | #AR-DCP-452. Diesel Centrifugal Pump. | G | | 13,200.00 | 8,600.00 | 4,600.00 |
| 310 | 1 | #AR-DCP-453. Diesel Centrifugal Pump. | G | | 13,200.00 | 8,600.00 | 4,600.00 |
| 311 | 1 | #AR-DCP-454. Diesel Centrifugal Pump. | G | | 13,200.00 | 8,600.00 | 4,600.00 |
| 312 | 1 | #AR-DCP-455. Diesel Centrifugal Pump. | G | | 13,200.00 | 8,600.00 | 4,600.00 |
| 313 | 1 | #AR-DCP-457. Diesel Centrifugal Pump. | G | | 20,000.00 | 13,000.00 | 7,000.00 |
| 314 | 1 | #AR-DCP-601. Diesel Centrifugal Pump. | G | | 16,000.00 | 10,000.00 | 6,000.00 |
| 315 | 1 | #AR-DCP-602. Diesel Centrifugal Pump. | G | | 16,000.00 | 10,000.00 | 6,000.00 |
| 316 | 1 | #AR-DCP-603. Diesel Centrifugal Pump. | G | | 15,000.00 | 10,000.00 | 5,000.00 |
| 317 | 1 | #AR-DCP-604. Diesel Centrifugal Pump. | G | | 15,000.00 | 10,000.00 | 5,000.00 |
| 318 | 1 | #AR-DCP-605. Diesel Centrifugal Pump. | G | | 15,000.00 | 10,000.00 | 5,000.00 |
| 319 | 1 | #AR-DCP-608. Diesel Centrifugal Pump. | G | | 17,000.00 | 11,000.00 | 6,000.00 |
| 320 | 1 | #AR-DCP-609. Diesel Centrifugal Pump. | G | | 17,000.00 | 11,000.00 | 6,000.00 |
| 321 | 1 | #AR-DCP-610. Diesel Centrifugal Pump. | G | | 17,000.00 | 11,000.00 | 6,000.00 |
| 322 | 1 | #AR-DCP-611. Diesel Centrifugal Pump. | G | | 17,000.00 | 11,000.00 | 6,000.00 |

Revpro and Associates

| Item # | Qty | Description | Cond | Photo # | F/M/V | O/L/V | F/L/V |
|--------|-----|-------------|------|---------|-------|-------|-------|
| 323 | 1 | #AR-DCP-612. Diesel Centrifugal Pump. | G | | 17,000.00 | 11,000.00 | 6,000.00 |
| 324 | 1 | #AR-DCP-613. Diesel Centrifugal Pump. | G | | 17,000.00 | 11,000.00 | 6,000.00 |
| 325 | 1 | #AR-DCP-615. Diesel Centrifugal Pump. | G | | 17,000.00 | 11,000.00 | 6,000.00 |
| 326 | 1 | #AR-DCP-618. Diesel Centrifugal Pump. | G | | 18,000.00 | 12,000.00 | 6,000.00 |
| 327 | 1 | #AR-DCP-620. Diesel Centrifugal Pump. Refurbished in 2019. | G | | 23,000.00 | 15,000.00 | 8,000.00 |
| 328 | 1 | #AR-DCP-621. Diesel Centrifugal Pump. | G | | 18,000.00 | 12,000.00 | 6,000.00 |
| 329 | 1 | #AR-DCP-622. Diesel Centrifugal Pump. | G | | 21,000.00 | 14,000.00 | 7,000.00 |
| 330 | 1 | #AR-DCP-623. Diesel Centrifugal Pump. | G | | 22,000.00 | 14,000.00 | 8,000.00 |
| 331 | 1 | #AR-DCP-624. Diesel Centrifugal Pump. | G | | 22,000.00 | 14,000.00 | 8,000.00 |
| 332 | 1 | #AR-DCP-627. Diesel Centrifugal Pump. | G | | 22,000.00 | 14,000.00 | 8,000.00 |
| 333 | 1 | #AR-DCP-628. Diesel Centrifugal Pump. | G | | 22,000.00 | 14,000.00 | 8,000.00 |
| 334 | 1 | #AR-DCP-629. Diesel Pump Centrifugal. | G | | 22,000.00 | 14,000.00 | 8,000.00 |
| 335 | 1 | #AR-DCP-631. Diesel Pump Centrifugal. | G | | 22,000.00 | 14,000.00 | 8,000.00 |
| 336 | 1 | #AR-DCP-632. Diesel Pump Centrifugal. | G | | 22,000.00 | 14,000.00 | 8,000.00 |
| 337 | 1 | #AR-DCP-633. Diesel Pump Centrifugal. | G | | 22,000.00 | 14,000.00 | 8,000.00 |
| 338 | 1 | #AR-DCP-634. Diesel Pump Centrifugal. | G | | 22,000.00 | 14,000.00 | 8,000.00 |
| 339 | 1 | #AR-DCP-635. Diesel Pump Centrifugal. | G | | 22,000.00 | 14,000.00 | 8,000.00 |
| 340 | 1 | #AR-DCP-636. Diesel Centrifugal Pump. | G | | 22,000.00 | 14,000.00 | 8,000.00 |
| 341 | 1 | #AR-DCP-637. Diesel Centrifugal Pump. | G | | 22,000.00 | 14,000.00 | 8,000.00 |
| 342 | 1 | #AR-DCP-638. Diesel Centrifugal Pump. | G | | 22,000.00 | 14,000.00 | 8,000.00 |
| 343 | 1 | #AR-DCP-639. Diesel Centrifugal Pump. | G | | 22,000.00 | 14,000.00 | 8,000.00 |
| 344 | 1 | #AR-DCP-641. Diesel Centrifugal Pump. | G | | 22,000.00 | 14,000.00 | 8,000.00 |
| 345 | 1 | #AR-DCP-642. Diesel Centrifugal Pump. | G | | 22,000.00 | 14,000.00 | 8,000.00 |
| 346 | 1 | #AR-DCP-643. Diesel Centrifugal Pump. | G | | 22,000.00 | 14,000.00 | 8,000.00 |
| 347 | 1 | #AR-DCP-645. Diesel Centrifugal Pump. | G | | 22,000.00 | 14,000.00 | 8,000.00 |
| 348 | 1 | #AR-DCP-646. Diesel Centrifugal Pump. | G | | 22,000.00 | 14,000.00 | 8,000.00 |
| 349 | 1 | #AR-DCP-648. Diesel Centrifugal Pump. | G | | 22,000.00 | 14,000.00 | 8,000.00 |
| 350 | 1 | #AR-DCP-649. Diesel Centrifugal Pump. | G | | 22,000.00 | 14,000.00 | 8,000.00 |
| 351 | 1 | #AR-DCP-650. Diesel Centrifugal Pump. | G | | 22,000.00 | 14,000.00 | 8,000.00 |
| 352 | 1 | #AR-DCP-652. Diesel Centrifugal Pump. | G | | 22,000.00 | 14,000.00 | 8,000.00 |
| 353 | 1 | #AR-DCP-653. Diesel Centrifugal Pump. | G | | 22,000.00 | 14,000.00 | 8,000.00 |
| 354 | 1 | #AR-DCP-655. Diesel Centrifugal Pump. | G | | 20,000.00 | 13,000.00 | 7,000.00 |
| 355 | 1 | #AR-DCP-658. Diesel Centrifugal Pump. | G | | 20,000.00 | 13,000.00 | 7,000.00 |
| 356 | 1 | #AR-DCP-660. Diesel Centrifugal Pump. | G | | 20,000.00 | 13,000.00 | 7,000.00 |
| 357 | 1 | #AR-DCP-662. Diesel Centrifugal Pump. | G | | 25,000.00 | 16,000.00 | 9,000.00 |

Revpro and Associates

| Item # | Qty | Description | Cond | Photo # | F/M/V | O/L/V | F/L/V |
|--------|-----|-------------|------|---------|-------|-------|-------|
| 358 | 1 | #AR-DCP-664. Diesel Centrifugal Pump. | G | | 25,000.00 | 16,000.00 | 9,000.00 |
| 359 | 1 | #AR-DCP-665. Diesel Centrifugal Pump. | G | | 25,000.00 | 16,000.00 | 9,000.00 |
| 360 | 1 | #AR-DCP-801. Diesel Centrifugal Pump. | G | | 30,000.00 | 20,000.00 | 11,000.00 |
| 361 | 1 | #AR-DCP-803. Diesel Centrifugal Pump, 8". | G | | 27,000.00 | 18,000.00 | 9,000.00 |
| 362 | 1 | #AR-DCP-S601. Diesel Centrifugal Pump. | G | | 27,000.00 | 18,000.00 | 9,000.00 |
| 363 | 1 | #AR-DCP-S602. Diesel Centrifugal Pump. | G | | 27,000.00 | 18,000.00 | 9,000.00 |
| 364 | 1 | #AR-DCP-S603. Diesel Centrifugal Pump. | G | | 27,000.00 | 18,000.00 | 9,000.00 |
| 365 | 1 | #AR-DCP-S604. Diesel Centrifugal Pump. | G | | 27,000.00 | 18,000.00 | 9,000.00 |
| 366 | 1 | #AR-DTP-401. Diesel Pump Centrifugal. | G | | 2,200.00 | 1,400.00 | 800.00 |
| 367 | 1 | #AR-DTP-402. Diesel Pump Centrifugal. | G | | 2,200.00 | 1,400.00 | 800.00 |
| 368 | 1 | #AR-DTP-403. Diesel Pump Centrifugal. | G | | 2,200.00 | 1,400.00 | 800.00 |
| 369 | 1 | #AR-DTP-404. Diesel Pump Centrifugal. | G | | 2,200.00 | 1,400.00 | 800.00 |
| 370 | 1 | #AR-DTP-405. Diesel Trash Pump. | G | | 2,700.00 | 1,800.00 | 900.00 |
| 371 | 1 | #AR-DTP-431 (ECP-431). Electric Centrifugal Pump, 4". | G | | 4,900.00 | 3,200.00 | 1,700.00 |
| 372 | 1 | #AR-DCP-446 (ECP-446). Electric Centrifugal Pump, 4". | G | | 4,900.00 | 3,200.00 | 1,700.00 |
| 373 | 1 | #AR-DCP-451 (ECP-451). Electric Centrifugal Pump, 4". | G | | 4,900.00 | 3,200.00 | 1,700.00 |
| 374 | 1 | #AR-DCP-601 (ECP-601). Electric Centrifugal Pump, 6". | G | | 14,800.00 | 9,600.00 | 5,200.00 |
| 375 | 1 | #AR-DCP-604 (ECP-604). Electric Centrifugal Pump. | G | | 8,900.00 | 5,800.00 | 3,100.00 |
| 376 | 1 | #AR-DCP-606 (ECP-606). Electric Centrifugal Pump. | G | | 8,900.00 | 5,800.00 | 3,100.00 |
| 377 | 1 | #AR-DCP-608 (ECP-608). Electricl Pump Centrifugal, 6". | G | | 15,200.00 | 9,900.00 | 5,300.00 |
| 378 | 1 | #AR-DCP-609 (ECP-609). Electric Centrifugal Pump. | G | | 8,900.00 | 5,800.00 | 3,100.00 |
| 379 | 1 | #AR-DCP-614 (ECP-614). Electric Centrifugal Pump. | G | | 8,900.00 | 5,800.00 | 3,100.00 |
| 380 | 1 | #AR-DCP-616 (ECP-616). Electric Centrifugal Pump. | G | | 8,900.00 | 5,800.00 | 3,100.00 |
| 381 | 1 | #AR-DCP-617 (ECP-617). Electric Centrifugal Pump. | G | | 8,900.00 | 5,800.00 | 3,100.00 |

Axis Oilfield Rentals     February 2025

Revpro and Associates

| Item # | Qty | Description | Cond | Photo # | F/MV | O/LV | F/LV |
|--------|-----|-------------|------|---------|------|------|------|
| 382 | 1 | #AR-DCP-619 (ECP-619), Electric Centrifugal Pump. | G | | 7,700.00 | 5,000.00 | 2,700.00 |
| 383 | 1 | #AR-DCP-625 (ECP-625). Electric Centrifugal Pump, 6". | G | | 14,800.00 | 9,600.00 | 5,200.00 |
| 384 | 1 | #AR-DCP-626 (ECP-626). Electric Centrifugal Pump. | G | | 8,900.00 | 5,800.00 | 3,100.00 |
| 385 | 1 | #AR-DCP-630 (ECP-630). Electricl Pump | G | | 5,200.00 | 3,400.00 | 1,800.00 |
| 386 | 1 | #AR-DCP-640 (ECP-640). Electric Centrifugal Pump, 6". Centrifugal, 6". | G | | 14,800.00 | 9,600.00 | 5,200.00 |
| 387 | 1 | #AR-DCP-644 (ECP-644). Electric Centrifugal Pump, 6". | G | | 14,800.00 | 9,600.00 | 5,200.00 |
| 388 | 1 | #AR-DCP-647 (ECP-647). Electric Centrifugal Pump, 6". | G | | 14,800.00 | 9,600.00 | 5,200.00 |
| 389 | 1 | #AR-DCP-651 (ECP-651). Electric Centrifugal Pump, 6". | G | | 14,800.00 | 9,600.00 | 5,200.00 |
| 390 | 1 | #AR-DCP-654 (ECP-654). Electric Centrifugal Pump, 6". | G | | 14,800.00 | 9,600.00 | 5,200.00 |
| 391 | 1 | #AR-DCP-656 (ECP-656). Electric Centrifugal Pump. | G | | 8,900.00 | 5,800.00 | 3,100.00 |
| 392 | 1 | #AR-DCP-657 (ECP-657). Electric Centrifugal Pump. | G | | 8,900.00 | 5,800.00 | 3,100.00 |
| 393 | 1 | #AR-DCP-661 (ECP-661). Electric Centrifugal Pump, 6". | G | | 14,800.00 | 9,600.00 | 5,200.00 |
| 394 | 1 | #AR-DCP-663 (ECP-663). Electricl Pump Centrifugal, 6". | G | | 15,200.00 | 9,900.00 | 5,300.00 |
| 395 | 1 | #AR-DCP-667 (ECP-667). Electric Centrifugal Pump. | G | | 8,900.00 | 5,800.00 | 3,100.00 |
| 396 | 1 | #AR-DCP-802 (ECP-802). Electric Centrifugal Pump, 8". | G | | 5,200.00 | 3,400.00 | 1,800.00 |
| 397 | 1 | #AR-ECP-602. Electric Pump Centrifugal, 6". Skidded. | G | 2-28 | 16,300.00 | 10,600.00 | 5,700.00 |
| 398 | 1 | #AR-ECP-603. Electric Pump Centrifugal, 6". | G | | 16,300.00 | 10,600.00 | 5,700.00 |
| 399 | 1 | #AR-ECP-605. Electric Pump Centrifugal, 6". | G | | 16,300.00 | 10,600.00 | 5,700.00 |

Revpro and Associates

| Item # | Qty | Description | Cond | Photo # | F/M/V | O/L/V | F/L/V |
|--------|-----|-------------|------|---------|-------|-------|-------|
| 400 | 1 | #AR-ECP-610. Electric Pump Centrifugal, 6". | G | | 16,300.00 | 10,600.00 | 5,700.00 |
| 401 | 1 | #AR-ECP-611. Electric Pump Centrifugal, 6". | G | | 16,300.00 | 10,600.00 | 5,700.00 |
| 402 | 1 | #AR-EMP-01. Electric Mud Pump. 75 HP. 6" x 8". | G | 2-25 | 18,000.00 | 12,000.00 | 6,000.00 |
| 403 | 1 | #AR-EMP-02. Electric Mud Pump. | G | | 18,000.00 | 12,000.00 | 6,000.00 |
| 404 | 1 | #AR-EMP-03. Electric Mud Pump. | G | | 18,000.00 | 12,000.00 | 6,000.00 |
| 405 | 1 | #AR-EMP-04. Electric Mud Pump. | G | | 18,000.00 | 12,000.00 | 6,000.00 |
| 406 | 1 | #AR-EMP-05. Electric Mud Pump. | G | | 18,000.00 | 12,000.00 | 6,000.00 |
| 407 | 1 | #AR-EMP-06. Electric Mud Pump. | G | | 18,000.00 | 12,000.00 | 6,000.00 |
| 408 | 1 | #AR-EMP-07. Electric Mud Pump. | G | | 18,000.00 | 12,000.00 | 6,000.00 |
| 409 | 1 | #AR-EMP-08. Electric Mud Pump. | G | | 18,000.00 | 12,000.00 | 6,000.00 |
| 410 | 1 | #AR-EMP-09. Electric Mud Pump. | G | | 18,000.00 | 12,000.00 | 6,000.00 |
| 411 | 1 | #AR-EMP-10. Electric Mud Pump. | G | | 18,000.00 | 12,000.00 | 6,000.00 |
| 412 | 1 | #AR-ESP-01. Electrical Submersible Pump 100gpm. | G | 2-29 | 5,200.00 | 3,400.00 | 1,800.00 |
| 413 | 1 | #AR-ESP-02. Electrical Submersible Pump 100gpm. | G | | 5,200.00 | 3,400.00 | 1,800.00 |
| 414 | 1 | #AR-ESP-406. Electric Submersible Pump. | G | | 1,500.00 | 1,000.00 | 500.00 |
| 415 | 1 | #AR-ESP-407. Electric Submersible Pump. | G | | 1,500.00 | 1,000.00 | 500.00 |
| 416 | 1 | #AR-CP-03. Cellar Pump 4" Hydraulic Submersible. | G | | 3,000.00 | 2,000.00 | 1,100.00 |
| 417 | 1 | #AR-CP-06. Cellar Pump 4" Hydraulic Submersible. | G | | 1,900.00 | 1,200.00 | 700.00 |
| 418 | 1 | #AR-CP-07. Cellar Pump 4" Hydraulic Submersible. | G | | 1,900.00 | 1,200.00 | 700.00 |
| 419 | 1 | #AR-CP-10. Cellar Pump 4" Hydraulic Submersible. | G | | 1,800.00 | 1,200.00 | 600.00 |
| 420 | 1 | #AR-CP-12. Cellar Pump 4" Hydraulic Submersible. | G | | 1,800.00 | 1,200.00 | 600.00 |
| 421 | 1 | #AR-CP-13. Hyd Subm Pump. | G | | 1,400.00 | 900.00 | 500.00 |
| 422 | 1 | #AR-CP-14. Hyd Subm Pump. | G | | 1,400.00 | 900.00 | 500.00 |
| 423 | 1 | #AR-CP-15. Hyd Subm Pump. | G | | 1,400.00 | 900.00 | 500.00 |
| 424 | 1 | #AR-CP-24. Cellar Pump 4" Hydraulic Submersible. | G | | 1,700.00 | 1,100.00 | 600.00 |

Axis Oilfield Rentals    February 2025

Revpro and Associates

| Item # | Qty | Description | Cond | Photo # | F/M/V | O/LV | F/LV |
|--------|-----|-------------|------|---------|-------|------|------|
| 425 | 1 | #AR-CP-25. Cellar Pump 4" Hydraulic Submersible. | G | | 1,700.00 | 1,100.00 | 600.00 |
| 426 | 1 | #AR-CP-28. Cellar Pump 4" Hydraulic Submersible. | G | | 1,700.00 | 1,100.00 | 600.00 |
| 427 | 1 | #AR-CP-28. Cellar Pump 4" Hydraulic Submersible. Duplicate unit number. | G | | 1,800.00 | 1,200.00 | 600.00 |
| 428 | 1 | #AR-CP-29. Cellar Pump 4" Hydraulic Submersible. | G | | 1,900.00 | 1,200.00 | 700.00 |
| 429 | 1 | #AR-CP-30. Cellar Pump 4" Hydraulic Submersible. | G | | 1,900.00 | 1,200.00 | 700.00 |
| 430 | 1 | #AR-CP-31. Hyd Subm Pump. | G | | 3,400.00 | 2,200.00 | 1,200.00 |
| 431 | 1 | #AR-CP-37. Hyd Subm Pump. | G | | 3,300.00 | 2,100.00 | 1,200.00 |
| 432 | 1 | #AR-CP-38. Hyd Subm Pump. | G | | 3,300.00 | 2,100.00 | 1,200.00 |
| 433 | 1 | #AR-CP-601. Hydraulic Submersible Pump 6". | G | | 5,600.00 | 3,600.00 | 2,000.00 |
| 434 | 1 | #AR-WP-01. Submersible Water Pump. | G | | 400.00 | 300.00 | 100.00 |
| **Rig Mats** | | | | | | | |
| 435 | 1 | #AR-RM-01. 8' X 20' X 6" Rig Mat. Construction similar to a trailer with wood deck, except with no axles or wheels. | G | 2-30 | 3,400.00 | 2,200.00 | 900.00 |
| 436 | 1 | #AR-RM-02. 8' X 20' X 6" Rig Mat. | G | 2-30 | 3,400.00 | 2,200.00 | 900.00 |
| 437 | 1 | #AR-RM-03. 8' X 20' X 6" Rig Mat. | G | 2-30 | 3,400.00 | 2,200.00 | 900.00 |
| 438 | 1 | #AR-RM-04. 8' X 20' X 6" Rig Mat. | G | 2-30 | 3,400.00 | 2,200.00 | 900.00 |
| 439 | 1 | #AR-RM-05. 8' X 20' X 6" Rig Mat. | G | 2-30 | 3,400.00 | 2,200.00 | 900.00 |
| 440 | 1 | #AR-RM-06. 8' X 20' X 6" Rig Mat. | G | 2-30 | 3,400.00 | 2,200.00 | 900.00 |
| 441 | 1 | #AR-RM-07. 8' X 20' X 6" Rig Mat. | G | 2-30 | 3,400.00 | 2,200.00 | 900.00 |
| 442 | 1 | #AR-RM-08. 8' X 20' X 6" Rig Mat. | G | 2-30 | 3,400.00 | 2,200.00 | 900.00 |
| 443 | 1 | #AR-RM-09. 8' X 20' X 6" Rig Mat. | G | 2-30 | 3,400.00 | 2,200.00 | 900.00 |
| 444 | 1 | #AR-RM-10. 8' X 20' X 6" Rig Mat. | G | 2-30 | 3,400.00 | 2,200.00 | 900.00 |
| **Rig Vacs** | | | | | | | |
| 445 | 1 | #AR-RVAC-501. 50 HP Rig Vac. Skidded. 50 HP electric motor, debris tank, filter, overflow tank, and 607 Challenger vacuum pump. | G | 2-32 | 27,000.00 | 18,000.00 | 7,000.00 |
| 446 | 1 | #AR-RVAC-502. 50 HP Rig Vac. | G | | 27,000.00 | 18,000.00 | 7,000.00 |
| 447 | 1 | #AR-RVAC-503. 50 HP Rig Vac. | G | | 27,000.00 | 18,000.00 | 7,000.00 |

Revpro and Associates

| Item # | Qty | Description | Cond | Photo # | F/M/V | O/LV | F/LV |
|--------|-----|-------------|------|---------|-------|------|------|
| 448 | 1 | #AR-RVAC-504. 50 HP Rig Vac. | G | | 27,000.00 | 18,000.00 | 7,000.00 |
| 449 | 1 | #AR-RVAC-505. 50 HP Rig Vac. | G | | 29,000.00 | 19,000.00 | 7,000.00 |
| 450 | 1 | #AR-RVAC-506. 50 HP Rig Vac. | G | | 31,000.00 | 20,000.00 | 8,000.00 |
| 451 | 1 | #AR-RVAC-507. 50 HP Rig Vac. | G | | 31,000.00 | 20,000.00 | 8,000.00 |
| 452 | 1 | #AR-RVAC-508. 50 HP Rig Vac. | G | | 31,000.00 | 20,000.00 | 8,000.00 |
| 453 | 1 | #AR-RVAC-509. 50 HP Rig Vac. | G | | 31,000.00 | 20,000.00 | 8,000.00 |
| 454 | 1 | #AR-RVAC-510. 50 HP Rig Vac. | G | | 31,000.00 | 20,000.00 | 8,000.00 |
| **Screen Cleaners** | | | | | | | |
| 455 | 1 | #AR-SC-01. Electric Screen Cleaner. Cusgtom built, Rotating Solutions | G | 28 | 1,000.00 | 700.00 | 300.00 |
| 456 | 1 | #AR-SC-02. Electric Screen Cleaner. Rotating Solutions | G | 15 | 900.00 | 600.00 | 200.00 |
| 457 | 1 | #AR-SC-03. Electric Screen Cleaner. | G | | 700.00 | 500.00 | 200.00 |
| 458 | 1 | #AR-SC-04. Electric Screen Cleaner. | G | | 1,600.00 | 1,000.00 | 400.00 |
| 459 | 1 | #AR-SC-05. Electric Screen Cleaner. | G | | 1,600.00 | 1,000.00 | 400.00 |
| 460 | 1 | #AR-SC-06. Electric Screen Cleaner. | G | | 1,200.00 | 800.00 | 300.00 |
| 461 | 1 | #AR-SC-07. Electric Screen Cleaner. | G | | 1,200.00 | 800.00 | 300.00 |
| 462 | 1 | #AR-SC-08. Electric Screen Cleaner. | G | | 1,200.00 | 800.00 | 300.00 |
| 463 | 1 | #AR-SC-09. Electric Screen Cleaner. | G | | 1,200.00 | 800.00 | 300.00 |
| 464 | 1 | #AR-SC-10. Electric Screen Cleaner. | G | | 1,200.00 | 800.00 | 300.00 |
| 465 | 1 | #AR-SC-11. Electric Screen Cleaner. | G | | 1,200.00 | 800.00 | 300.00 |
| 466 | 1 | #AR-PSC-04. Electric Screen Cleaner. | G | | 600.00 | 400.00 | 200.00 |
| 467 | 1 | #AR-PSC-05. Screen Cleaner. | G | | 400.00 | 300.00 | 100.00 |
| 468 | 1 | #AR-PSC-08. Screen Cleaner. | G | | 700.00 | 500.00 | 200.00 |
| 469 | 1 | #AR-PSC-10. Screen Cleaner. | G | | 400.00 | 300.00 | 100.00 |
| 470 | 1 | #AR-PSC-12. Pneumatic Screen Cleaner. | G | | 800.00 | 500.00 | 200.00 |
| 471 | 1 | #AR-PSC-19. Pneumatic Diesel Screen Cleaner. | G | | 800.00 | 500.00 | 200.00 |
| **Steel Candy Canes** | | | | | | | |
| 472 | 1 | #AR-SCC-01. Steel Candy Cane 10" to 6". | G | 2-33 | 700.00 | 500.00 | 200.00 |
| 473 | 1 | #AR-SCC-02. Steel Candy Cane 10" to 6". | G | | 700.00 | 500.00 | 200.00 |
| 474 | 1 | #AR-SCC-03. Steel Candy Cane 10" to 6". | G | | 700.00 | 500.00 | 200.00 |
| 475 | 1 | #AR-SCC-04. Steel Candy Cane 10" to 6". | G | | 700.00 | 500.00 | 200.00 |
| **Tote Tanks** | | | | | | | |
| 476 | 1 | #AR-TOT-01. Tote Tank. 550gal. Stainless Steel, with lift cables | G | 11 | 600.00 | 400.00 | 200.00 |

Axis Oilfield Rentals    February 2025

Revpro and Associates

| Item # | Qty | Description | Cond | Photo # | F/MV | O/LV | F/LV |
|---|---|---|---|---|---|---|---|
| **Trailers** | | | | | | | |
| 477 | 1 | #AR-CT-01. Cooling Trailer. 20' utility trailer with added roof, sides, wooden benches, and Porta-Cool fan system with poly tank. | G | 2-31 | 2,400.00 | 1,600.00 | 800.00 |
| 478 | 1 | #AR-CT-02. Cooling Trailer. | G | | 2,400.00 | 1,600.00 | 800.00 |
| 479 | 1 | #AR-CT-03. Cooling Trailer. | G | | 2,400.00 | 1,600.00 | 800.00 |
| 480 | 1 | #AR-CT-04. Cooling Trailer. | G | | 2,200.00 | 1,400.00 | 800.00 |
| 481 | 1 | #AR-CT-09. Cooling Trailer. | G | | 2,400.00 | 1,600.00 | 800.00 |
| 482 | 1 | #AR-TT-01. Trash Trailer, 16'. | G | 2-21 | 2,200.00 | 1,400.00 | 800.00 |
| 483 | 1 | #AR-TT-02. Trash Trailer, 16'. | G | | 2,700.00 | 1,800.00 | 900.00 |
| 484 | 1 | #AR-TT-03. Trash Trailer, 16'. | G | | 2,700.00 | 1,800.00 | 900.00 |
| 485 | 1 | #AR-TT-04. Trash Trailer, 16'. | G | | 2,700.00 | 1,800.00 | 900.00 |
| 486 | 1 | #AR-TT-05. Trash Trailer, 16'. | G | | 2,700.00 | 1,800.00 | 900.00 |
| 487 | 1 | #AR-TT-06. Trash Trailer, 16'. | G | | 2,700.00 | 1,800.00 | 900.00 |
| 488 | 1 | #AR-TT-07. Trash Trailer, 16'. | G | | 3,100.00 | 2,000.00 | 1,100.00 |
| 489 | 1 | #AR-TT-08. Trash Trailer, 16'. | G | | 3,100.00 | 2,000.00 | 1,100.00 |
| 490 | 1 | #AR-TT-10. Trash Trailer, 16'. | G | | 3,100.00 | 2,000.00 | 1,100.00 |
| 491 | 1 | #AR-TT-11. Trash Trailer, 16'. | G | | 3,100.00 | 2,000.00 | 1,100.00 |
| 492 | 1 | #AR-TT-12. Trash Trailer, 16'. | G | | 3,100.00 | 2,000.00 | 1,100.00 |
| 493 | 1 | #AR-TT-13. Trash Trailer, 16'. | G | | 3,100.00 | 2,000.00 | 1,100.00 |
| 494 | 1 | #AR-TT-14. Trash Trailer, 16'. | G | | 3,100.00 | 2,000.00 | 1,100.00 |
| 495 | 1 | #AR-TT-15. Trash Trailer, 16'. | G | | 3,100.00 | 2,000.00 | 1,100.00 |
| 496 | 1 | #AR-TT-16. Trash Trailer, 16'. | G | | 3,100.00 | 2,000.00 | 1,100.00 |
| 497 | 1 | #AR-TT-17. Trash Trailer, 16'. | G | | 3,100.00 | 2,000.00 | 1,100.00 |
| 498 | 1 | #AR-TT-18. Trash Trailer. | G | | 3,100.00 | 2,000.00 | 1,100.00 |
| 499 | 1 | #AR-TT-19. Trash Trailer. | G | | 3,100.00 | 2,000.00 | 1,100.00 |
| 500 | 1 | #AR-TT-20. Trash Trailer. | G | | 3,100.00 | 2,000.00 | 1,100.00 |
| 501 | 1 | #AR-TT-22. Trash Trailer. | G | | 3,100.00 | 2,000.00 | 1,100.00 |
| 502 | 1 | #AR-TT-23. Trash Trailer. | G | | 3,100.00 | 2,000.00 | 1,100.00 |
| 503 | 1 | #AR-TT-23. Trash Trailer, 16'. Duplicate unit number. | G | | 3,100.00 | 2,000.00 | 1,100.00 |
| 504 | 1 | #AR-TT-24. Trash Trailer, 16'. | G | | 3,100.00 | 2,000.00 | 1,100.00 |
| 505 | 1 | #AR-TT-25. Trash Trailer, 16'. | G | | 3,100.00 | 2,000.00 | 1,100.00 |
| 506 | 1 | #AR-ROT-01. Roll Off Trailer, 14'. | G | | 6,000.00 | 3,900.00 | 2,100.00 |
| 507 | 1 | #AR-UT-01. Utility Trailer with railings, 20" (Black). Not seen by appraisers - off site | G | | 800.00 | 500.00 | 300.00 |

Revpro and Associates

| Item # | Qty | Description | Cond | Photo # | F/M/V | O/LV | F/LV |
|--------|-----|-------------|------|---------|-------|------|------|
| 508 | 1 | #AR-UT-02. Enclosed Utility Trailer, 16' (Blue) Small Cooking Trailer. Not seen by appraisers - off site | G | | 300.00 | 200.00 | 100.00 |
| 509 | 1 | #AR-UT-03. Utility Trailer Flat Deck, 24" (Orange). | G | | 1,400.00 | 900.00 | 500.00 |
| 510 | 1 | #AR-UT-04. Utility Trailer Flat Deck, 24" (Black). | G | | 1,800.00 | 1,200.00 | 600.00 |
| 511 | 1 | #AR-UT-05. Utility Trailer Golf Cart, 12' (Black). Not seen by appraisers - off site | G | | 200.00 | 100.00 | 100.00 |
| 512 | 1 | #AR-UT-06. Utility Trailer Flat Deck, 20' (Black). Lic: J605520 | G | 13 | 400.00 | 300.00 | 100.00 |
| 513 | 1 | #AR-UT-11. 25' Goose Neck Trailer. Big Tex, 14GN-25, Wood deck, Lic: L934888 | G | 12 | 4,600.00 | 3,000.00 | 1,600.00 |
| 514 | 1 | #AR-UT-15. Utility Trailer Flat Deck, 24" (Black). | G | | 3,800.00 | 2,500.00 | 1,300.00 |
| 515 | 1 | #AR-UT-17. Utility Trailers. | G | | 4,500.00 | 2,900.00 | 1,600.00 |
| 516 | 1 | #AR-UT-18. Utility Trailer. | G | | 4,200.00 | 2,700.00 | 1,500.00 |
| 517 | 1 | #AR-UT-20. 2019 KBAR Pressure Washer Trailer - CDT. With Northern Tool North Star diesel heated pressure washer and 500 gallon poly tank. | G | 2-25 | 11,400.00 | 7,400.00 | 4,000.00 |
| 518 | 1 | #AR-UT-21. Utility Trailer Flat Deck, 24" (Black). | G | | 8,600.00 | 5,600.00 | 3,000.00 |
| 519 | 1 | #AR-UT-22. Utility Trailer Flat Deck, 24" (Black). | G | | 8,600.00 | 5,600.00 | 3,000.00 |
| 520 | 1 | #AR-UT-23. Utility Trailer Dump Style (Skid Steer) Black. Ironbull, Lic: J989354, 15' Bed | VG | 14 | 11,600.00 | 7,500.00 | 4,100.00 |
| **Utility Vehicles** | | | | | | | |
| 521 | 1 | #AR-GC-01. Electric Golf Cart. Batteries being replaced, Not seen by appraisers - Off site | F | | 3,200.00 | 2,100.00 | 1,100.00 |
| 522 | 1 | #AR-GC-02. Electric Golf Cart. 36 volt, EZGO 1997 | F | 18 | 3,200.00 | 2,100.00 | 1,100.00 |
| 523 | 1 | #AR-RTV-11. RTVs. RTV1140 CPX, Hours: 1538 | G | 16 | 4,600.00 | 3,000.00 | 1,600.00 |

Revpro and Associates

| Item # | Qty | Description | Cond | Photo # | F/M/V | O/LV | F/LV |
|--------|-----|-------------|------|---------|-------|------|------|
| 524 | 1 | #AR-RTV-14. Kubota RTV. Rented out, Not seen by appraisers - Off site | G | | 6,400.00 | 4,200.00 | 2,200.00 |
| 525 | 1 | #AR-RTV-15. Kubota RTV. RTV X900, Hours: 2400 | G | 17 | 7,100.00 | 4,600.00 | 2,500.00 |
| | | Total | | | 4,592,700.00 | 2,980,800.00 | 1,533,800.00 |

Revpro and Associates



*Photo 1*



*Photo 2*



*Photo 3*



*Photo 4*



*Photo 5*



*Photo 6*

Revpro and Associates



*Photo 7*



*Photo 8*



*Photo 9*



*Photo 10*



*Photo 11*



*Photo 12*

Revpro and Associates



*Photo 13*



*Photo 14*



*Photo 15*



*Photo 16*



*Photo 17*



*Photo 18*

Revpro and Associates



*Photo 19*



*Photo 20*



*Photo 21*



*Photo 22*



*Photo 23*



*Photo 24*

Revpro and Associates



*Photo 25*



*Photo 26*



*Photo 27*



*Photo 28*



*Photo 29*



*Photo 30*

Revpro and Associates



*Photo 31*



*Photo 32*

Revpro and Associates



*Photo 2-1*



*Photo 2-2*



*Photo 2-3*



*Photo 2-4*



*Photo 2-5*



*Photo 2-6*

Revpro and Associates



*Photo 2-7*



*Photo 2-8*



*Photo 2-9*



*Photo 2-10*



*Photo 2-11*



*Photo 2-12*

Revpro and Associates



*Photo 2-13*



*Photo 2-14*



*Photo 2-15*



*Photo 2-16*



*Photo 2-17*



*Photo 2-18*

Revpro and Associates



*Photo 2-19*



Photo 2-20



*Photo 2-21*



Photo 2-22



*Photo 2-23*



Photo 2-24

Revpro and Associates



*Photo 2-25*



*Photo 2-26*



*Photo 2-27*



*Photo 2-28*



*Photo 2-29*



*Photo 2-30*

Revpro and Associates



*Photo 2-31*



*Photo 2-32*



*Photo 2-33*

Exhibit A
Continuation Page

A. Certain employment contracts (on-going jobs).
B. Accounts Receivables.
C. All movables, tangibles, intangibles, intellectual properties, corporate names, logos, websites, email domains and the like.
D. Assumption of the leased property in Midland, TX.
E. All Master Service Agreements, or other work contracts or agreements, between the Company and customers.

## ASSET PURCHASE AGREEMENT

This Asset Purchase Agreement (this "***Agreement***") is made and entered into this _____ day of June, 2025 (the "***Effective Date***"), by and between Axis Oilfield Rentals, L.L.C., a Louisiana limited liability company ("***Seller***"), and Upstream Holdings, Inc., a Louisiana corporation ("***Buyer***").

### WITNESSETH

**WHEREAS**, Seller is a debtor under Chapter 11 of Title 11 of the United States Code (the "***Bankruptcy Code***"), Case No. 25-10839 (the "***Bankruptcy Case***"), pending before the United States Bankruptcy Court for the Eastern District of Louisiana (the "***Bankruptcy Court***") and the owner of the Subject Property (defined).

**WHEREAS**, the "Subject Property" subject to this Agreement consists of all of the right, title and interest of Seller in and to all personal (movable) property more particularly described on **Exhibit A** attached hereto.

**WHEREAS**, "Subject Property" does not include the "Excluded Assets," which term includes all things explicitly listed on **Exhibit B**.

**WHEREAS**, as of April 28, 2025 (the "***Petition Date***"), the day that Seller filed its petition for relief in the Bankruptcy Court, Seller was indebted to b1 Bank in the amount of at least [●], as more particularly described in b1 Bank's proof of claim filed in the Bankruptcy Case (the "Indebtedness") pursuant to that certain Promissory Note given by Seller dated November 24, 2020.

**WHEREAS**, b1 Bank holds a perfected first priority, secured interest in the Subject Property as memorialized in (a) that certain Uniform Commercial Code Financing Statement recorded with the Clerk of Court for the Parish of East Baton Rouge, State of Louisiana, at UCC No. 09-17-1435659, as amended and assigned, and (b) that certain Uniform Commercial Code Financing Statement recorded with the Clerk of Court for the Parish of Caddo, State of Louisiana, at UCC No. 09-1515158, among other security.

**WHEREAS**, Buyer desires to purchase from Seller and Seller desires to sell to Buyer the Subject Property, free and clear of all liens, claims, encumbrances, licenses, and interests except for those Permitted Encumbrances (as hereinafter defined) in accordance with Section 363 of the Bankruptcy Code, and otherwise on the terms and conditions set forth herein.

### AGREEMENT

**NOW, THEREFORE**, for and in consideration of these introductory statements, which are deemed by the parties to be a material and substantive part of this Agreement, and for other good and valuable consideration, the parties hereby agree as follows:

1.    **PURCHASE AND SALE.** Buyer agrees to purchase, and Seller agrees to sell, convey and assign the Subject Property (the "***Sale***") to the Buyer, in accordance with the terms and conditions of this Agreement free and clear of all liens, claims, encumbrances, licenses, and interests except for those Permitted Encumbrances (as hereinafter defined) in accordance with Section 363 of the Bankruptcy Code.

2.    **PURCHASE PRICE**. The "***Purchase Price***" for the Subject Property shall be $1,000,000.00 (One Million Dollars), payable in cash ("**Purchase Price**").

3.    **BANKRUPTCY COURT APPROVAL**

   a.    **Sale Order**.  The obligation of Buyer to close under this Agreement is contingent upon the Bankruptcy Court entering a final, non-appealable order in a form acceptable to Buyer in its sole discretion that authorizes the sale to Buyer free and clear of all liens, claims, interests, and encumbrances except for those Permitted Encumbrances (as hereinafter defined) pursuant to 11 U.S.C. § 363(f) (the "***Sale Order***").

   b.    **Prior Approval**.  The Sale Order shall be agreed upon by Seller and Buyer prior to the presentation of the Sale Order to the Bankruptcy Court.  Seller shall obtain Buyer's approval with respect to any other pleadings or proposed orders to be presented to the Bankruptcy Court relating to the sale of the Subject Property.

   c.    **No Successor Liability**.  The Parties agree that the Sale Order shall provide that to the fullest extent permitted under Section 363(f) of the Bankruptcy Code, (a) Buyer shall not be liable for any liability or lien (other than those to be expressly assumed hereunder) against the Subject Property,  the Seller, or any of its predecessors; and (b) Buyer shall have no successor or vicarious liability of any kind or character whether known or unknown as of the Closing Date, whether now existing or hereafter arising, or whether fixed or contingent, with respect to the Subject Property arising on or prior to the Closing Date .

4.    **SELLER'S WARRANTIES.** Seller warrants the following as of the Effective Date and at Closing, and except as disclosed on <u>**Exhibit C**</u> hereto:

   a.    there are no unrecorded or undisclosed legal or equitable interests in the Subject Property owned or claimed by any party other than Seller, except those specifically identified or discharged in the Sale Order;

   b.    other than the Bankruptcy Case, there are no pending judicial, municipal or administrative proceedings affecting the Subject Property and in which Seller is a party by reason of Seller's ownership of the Subject Property or any portion thereof, nor has Seller received any written notice of any such proceeding, pending or threatened;

   c.    Seller has not received from any governmental authority written notices of Seller's violations of applicable laws and regulations regarding use of the Subject Property; and

5.    **BUYER'S WARRANTIES**. Buyer warrants the following as of the date of this Agreement and at Closing to the best of its knowledge:

  **a.**    Buyer acknowledges and agrees that Buyer is buying the Subject Property on an "AS IS, WHERE IS" basis, as further described in this Agreement, including, without limitation, Section 16 herein; and

  **b.**    Buyer represents that it has the authority to enter into this Agreement and that subject to Bankruptcy Court approval, this Agreement constitutes a binding obligation.

6.    **TITLE**. Subject to entry of the Sale Order, Seller shall convey good, marketable and insurable fee simple title to the Subject Property to Buyer, free and clear of all Monetary Liens (as defined below) and any other matters of title to which Buyer shall expressly consent in writing pursuant hereto. Notwithstanding anything to the contrary herein, mortgages, judgments, encumbrances or liens granted or arising out of the acts of Seller and encumbering the Subject Property or any portion thereof (the "***Monetary Liens***") will be satisfied by Seller on or prior to the Closing or, if not so satisfied, shall reduce the Purchase Price or otherwise be addressed by the Sale Order.

7.    **CONDITIONS PRECEDENT TO CLOSING**. The obligation of Buyer under this Agreement to purchase the Subject Property from Seller is subject to the satisfaction, as of Closing, of each of the following conditions:

  **a.**    The representations and warranties made by Seller in connection with this Agreement shall be true, correct and complete as of the Closing Date (as defined in Section 8 herein) with the same force and effect as such representations and warranties had been made on and as of such date, and Seller shall have performed all the covenants and obligations required by this Agreement to be performed by Seller on or before the Closing Date;

  **b.**    No materially adverse changes shall have occurred with respect to the Subject Property after the Effective Date;

  **c.**    To the extent that Seller is in possession of the Subject Property, Seller shall deliver to Buyer possession of the Subject Property on the Closing Date in substantially the same good condition and repair as on the Effective Date, ordinary wear and tear excepted;

  **d.**    To the extent that Seller is not currently in possession of the Subject Property, Seller shall undertake reasonable efforts and provide reasonable cooperation with regard to recovery and turnover of the Subject Property from any third party to Seller for purposes of delivering such Subject Property to Buyer. For purposes of this subsection (d), such reasonable efforts and reasonable cooperation shall include, but not be limited to, (i) providing information regarding the location of any Subject Property not currently in the possession of Seller, (ii) contacting any third party in possession of such Subject Property and demanding immediate turnover to Seller, (iii) filing for and seeking relief from the Bankruptcy Court to compel the

immediate turnover of such Subject Property to Seller, and (iv) providing material support and cooperation in connection with any efforts by Buyer to obtain possession of the Subject Property.

e. After due notice and opportunity to object is provided to all necessary creditors and parties in interest, the Bankruptcy Court must enter the Sale Order (in form and substance reasonably acceptable to Buyer) authorizing Seller to sell the Subject Property to Buyer free and clear of any interest in such Subject Property in accordance with Section 363(f) of the Bankruptcy Code.

Without the prior written consent of Buyer, which consent may be granted or withheld in Buyer's sole discretion, or the Bankruptcy Court, Seller shall not alter or otherwise encumber title to the Subject Property.

8. **CLOSING AND CLOSING DOCUMENTS**. The closing of the transaction contemplated hereby (the "***Closing***") shall be held at the office of Heller Draper and Horn, LLC, 650 Poydras Street, Suite 2500, New Orleans, Louisiana 70130, or at any other location agreed upon by the parties, on or before the fifteenth (15th) day after the entry of the Sale Order, which Sale Order shall be final with no appeal having been filed (or if any appeal has been filed, no stay shall have been issued either preventing this Agreement from becoming enforceable or the Sale closing), unless otherwise extended by mutual written agreement of the Buyer and Seller. The actual date on which the Closing occurs shall be the closing date (the "***Closing Date***"). If the sale has not taken place on or before the Closing Date, Buyer (only) shall have the right to terminate this Agreement.

a. At the time and place of the Closing, Seller shall deliver to Buyer the following:

i. A Bill of Sale in a form mutually agreed by Buyer and Seller (the "***Bill of Sale***") conveying the Subject Property to Buyer;

ii. A certificate acceptable to Buyer certifying as of the Closing Date that Seller's representations and warranties contained in this Agreement are true and correct as if made on the Closing Date; and

iii. All documents required by the Sale Order or as reasonably requested by the Buyer.

9. **SEGREGATION OF PAYMENT PURCHASE PRICE.** Buyer shall remit $925,000.00 of the Purchase Price directly to b1 BANK in full satisfaction of their allowed secured claim in the Seller's Bankruptcy Case. The remaining $75,000.00 (the "***Carve-Out***") shall be remitted to the Seller to cover the administrative costs of the Bankruptcy Case and professional fees of the Seller in the Bankruptcy Case. .

10. **NOTICE.** Any notice required under this Agreement shall be delivered by U.S. mail and e-mail to the following:

To Seller:

Axis Oilfield Rentals, L.L.C.
Edward Davis
PO Box 1000
Madisonville, LA 70447

With a copy to:
Heller, Draper & Horn, LLC
650 Poydras Street, Suite 2500
New Orleans, Louisiana 70130
Attention: Douglas Draper
E-mail: ddraper@hellerdraper.com

To Buyer:
Murray & Murray, LLC
4970 Bluebonnet Blvd, Suite B
Baton Rouge, LA 70809
Attention: Dwayne M. Murray
dmm@murraylaw.net and to: alonna@murraylaw.net

With a Copy to:
Upstream Holdings, Inc.
265 North Lamar Blvd., Suite A
Oxford, MS 38655
C/O Colby Arceneaux, Chairman and CEO
colby@upstreamlife.us

## 11. DEFAULT AND TERMINATION:

**a.** If Seller violates or fails (in breach of its obligations hereunder) to fulfill or perform any of the terms, conditions or undertakings set forth in this Agreement applicable to Seller to complete Closing at or prior to the Closing Date, and if as a result thereof a Closing hereunder shall not occur, then in such case Buyer is entitled to, as its remedy therefor, (i) terminate this Agreement, or (ii) seek specific performance.

**b.** If Buyer violates or fails (in breach of its obligations hereunder) to fulfill or perform any of the terms, conditions or undertakings set forth in this Agreement applicable to Buyer to complete Closing at or prior to the Closing Date, then, as Seller's sole and exclusive remedy therefor, Seller shall be entitled to seek specific performance.

**c.** If the Bankruptcy Court otherwise declines to enter the Sale Order, this Agreement shall terminate and the parties shall not owe any further obligation to each other.

**d.** Notwithstanding the provisions set forth in this Section 11, this Agreement may be terminated by mutual written consent of Buyer and Seller.

12. **PRIOR AGREEMENTS**. This Agreement represents the entire agreement of the parties as to the sale of the Subject Property, and any and all other agreements previously entered into by the parties regarding this transaction are superseded by this Agreement and of no further force or effect.

13. **MISCELLANEOUS PROVISIONS.**

    a.    **Facsimile or Electronic Signatures**. Signatures to this Agreement, any amendment hereof and any notice given hereunder, transmitted electronically or by telecopy shall be valid and effective to bind the party so signing. Each party agrees to promptly deliver an execution original of this Agreement (and any amendment hereto) with its actual signature to the other party, but a failure to do so shall not affect the enforceability of this Agreement (or any amendment hereto), it being expressly agreed that each party to this Agreement shall be bound by its own electronically transmitted or telecopied signature and shall accept the electronically transmitted or telecopied signature of the other party to this Agreement (or any amendment hereto).

    b.    **Counterparts**. This Agreement may be executed in one or more counterparts, each of which shall be deemed an original, but all of which shall constitute one and the same instrument.

    c.    **Binding Effect; Joint and Several Liability**. This Agreement shall be, and the covenants, agreements and promises set forth herein shall be, binding upon and inure to the benefit of the parties hereto, their respective heirs, personal representatives, legal representatives, successors and permitted assigns.

    d.    **Assignment by Buyer**. Buyer may assign its right to take title to the Subject Property, and any of its other rights and obligations in or related to this Agreement or the Sale Order, to any third party able to fulfill those rights and obligations.

    e.    **Waiver**. Any waiver by either party of any breach of any term or condition of this Agreement shall not be deemed a waiver of any other breach of such term or condition, nor shall the failure of either party to enforce such provision constitute a waiver of such provision or of any other provision, nor shall such actions be deemed a waiver or release of any other party for any claims arising out of or connected to this Agreement.

    f.    **Dates**. Whenever any determination is to be made or action is to be taken on a date specified in this Agreement, if such date shall fall on a day that is not a Business Day, then in such event said date shall be extended to the next day which is a Business Day. "Business Day" means any day of the week other than (i) Saturday and Sunday, (ii) a day on which banking institutions in the State of New York are obligated or authorized by law or executive action to be closed to the transaction of normal banking business, or (iii) a day on which governmental functions in the State of New York are interrupted because of extraordinary events such as hurricanes, blizzards, power outages, or acts of terrorism.

g.  **Interpretation.** The paragraph or section headings used herein are for reference and convenience only and shall not enter into the interpretation hereof. Wherever herein the singular number is used, the same shall include the plural, and the masculine gender shall include the feminine and neuter genders, and vice versa, as the context shall require. To the extent any provisions of this Agreement conflict with any Sale Order entered by the Bankruptcy Court, the Sale Order shall prevail.

h.  **No Implied Agreement**. Neither Seller nor Buyer shall have any obligations in connection with the transaction contemplated by this Agreement unless both Seller and Buyer, each acting in its sole discretion, elects to execute and deliver this Agreement to the other party. No correspondence, course of dealing or submission of drafts or final versions of this Agreement between Seller and Buyer shall be deemed to create any binding obligations in connection with the transaction contemplated hereby, and no contract or obligation on the part of Seller or Buyer shall arise unless and until this Agreement is fully executed by Seller and Buyer. Once executed and delivered by Seller and Buyer, this Agreement shall be binding upon them.

i.  **Construction of Agreement**. This Agreement shall not be construed more strictly against one party than against the other merely by virtue of the fact that it may have been prepared primarily by counsel for one of the parties, it being recognized that both Buyer and Seller have contributed substantially and materially to the preparation of this Agreement.

j.  **Survival**. Except as otherwise provided herein, the provisions of this Agreement shall not survive Closing and shall be merged into the conveyance documents executed and delivered at Closing.

k.  **No Third-Party Benefits**. This Agreement is for the sole and exclusive benefit of Buyer and Seller, and their successors and assigns, and no third party is intended to or shall have any rights of any kind or nature hereunder.

l.  **Attorneys' Fees**. In the event of a judicial or administrative proceeding or action by one party against the other party with respect to the interpretation or enforcement of this Agreement, or any of the documents delivered at Closing, the prevailing party shall be entitled to recover reasonable costs and expenses including reasonable attorneys' fees and expenses, whether at the investigative, pretrial, trial or appellate level. The prevailing party shall be determined by the court based upon an assessment of which party's major arguments or position prevailed. For the sake of clarity, the Carve-Out shall not be applied to any fees payable pursuant to this paragraph and the Carve-Out shall not be affected in any way by any fees ultimately owed by either party pursuant to this paragraph. This provision shall survive termination of this Agreement.

m.  **Jurisdiction**. THE BANKRUPTCY COURT WILL HAVE JURISDICTION OVER ANY AND ALL DISPUTES BETWEEN OR AMONG THE PARTIES, WHETHER AT LAW OR IN EQUITY, ARISING OUT OF OR RELATING TO

THIS AGREEMENT OR ANY AGREEMENT CONTEMPLATED HEREBY; PROVIDED, HOWEVER, THAT IF THE BANKRUPTCY COURT IS UNWILLING OR UNABLE TO HEAR ANY SUCH DISPUTE, THE COURTS OF THE STATE OF LOUISIANA AND THE FEDERAL COURTS OF THE UNITED STATES OF AMERICA LOCATED IN NEW ORLEANS, LOUISIANA WILL HAVE SOLE JURISDICTION OVER ANY AND ALL DISPUTES BETWEEN OR AMONG THE PARTIES, WHETHER AT LAW OR IN EQUITY, ARISING OUT OF OR RELATING TO THIS AGREEMENT OR ANY AGREEMENT CONTEMPLATED HEREBY.

n. **Jury Trial Waiver**. EACH OF THE PARTIES HEREBY IRREVOCABLY WAIVES ANY AND ALL RIGHT TO TRIAL BY JURY IN ANY LEGAL PROCEEDING ARISING OUT OF OR RELATED TO THIS AGREEMENT OR THE TRANSACTIONS CONTEMPLATED BY THIS AGREEMENT.

14. **GOVERNING LAW.** This agreement shall be construed and enforced in accordance with federal bankruptcy law, to the extent applicable, and where state law is implicated, the laws of the State of Louisiana.

15. **RISK OF LOSS AND CASUALTY.** The Subject Property shall be held at the risk of Seller until legal title has passed and possession of the Subject Property has been given to Buyer. Seller assumes all risk of loss or damage to the Subject Property by fire or other casualty until the Bill of Sale and Subject Property is delivered to Buyer at Closing. If, at any time prior thereto, any portion of the Subject Property is destroyed or damaged as a result of fire or any other cause whatsoever, Seller shall promptly give written notice thereof to Buyer. In the event that the total cost to repair or restore such destruction or damage to the Subject Property, as determined by Buyer or Seller's insurance claim adjuster, exceeds [$100,000.00], Buyer shall have the right to terminate this Agreement by written notice delivered to Seller within twenty (20) days following the date upon which Buyer receives Seller's written notice of the destruction or damage. If the cost of such repair or restoration shall exceed [$100,000.00], but Buyer does not elect to so terminate this Agreement within said twenty (20) day period, this Agreement shall remain in full force and effect and the parties shall proceed to Closing, Seller shall assign all insurance proceeds, if any, to Buyer and, to the extent such insurance proceeds are insufficient to repair or restore such destruction as determined by Seller's insurance adjuster, the Purchase Price shall be reduced by such deficiency and the amount any deductible required to be paid by Buyer in connection with such insurance proceeds, if not previously paid by Seller.

16. **"AS IS" Condition of Subject Property; Disclaimers:**

a. General and Specific Disclaimers. EXCEPT AS OTHERWISE EXPRESSLY PROVIDED HEREIN, OR IN THE DEED, SELLER HEREBY DISCLAIMS ALL WARRANTIES OF ANY KIND OR NATURE WHATSOEVER (INCLUDING WARRANTIES OF HABITABILITY, MERCHANTABILITY AND FITNESS FOR PARTICULAR PURPOSE), WHETHER EXPRESSED OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, WARRANTIES WITH RESPECT TO THE SUBJECT PROPERTY, OR THE SUITABILITY OF THE SUBJECT

PROPERTY FOR BUYER'S INTENDED USE THEREOF. BUYER ACKNOWLEDGES THAT BUYER HAS CONDUCTED A DILIGENT INVESTIGATION OF THE SUBJECT PROPERTY WITH REGARD TO ITS CONDITION, PERMITTED USE, AND SUITABILITY FOR BUYER'S INTENDED USE THEREOF, AS WELL AS ALL OTHER FACTORS DEEMED MATERIAL TO BUYER AND WILL EMPLOY SUCH INDEPENDENT PROFESSIONALS IN CONNECTION THEREWITH AS DEEMED NECESSARY BY BUYER. BUYER FURTHER ACKNOWLEDGES THAT BUYER IS PURCHASING THE SUBJECT PROPERTY "AS IS" AND IN ITS PRESENT CONDITION AND THAT BUYER IS NOT RELYING UPON ANY REPRESENTATION OF ANY KIND OR NATURE MADE BY SELLER, OR ANY OF ITS EMPLOYEES, OR AGENTS WITH RESPECT TO THE SUBJECT PROPERTY, AND THAT, IN FACT, NO SUCH REPRESENTATIONS WERE MADE, EXCEPT AS OTHERWISE EXPRESSLY PROVIDED HEREIN.

b.  **Waiver**. BUYER HEREBY REPRESENTS AND WARRANTS TO SELLER THAT: (i) BUYER IS NOT IN A SIGNIFICANTLY DISPARATE BARGAINING POSITION FROM SELLER; (ii) BUYER IS REPRESENTED BY INDEPENDENT LEGAL COUNSEL OF BUYER'S SELECTION; (iii) BUYER IS SEEKING TO ACQUIRE THE SUBJECT PROPERTYFOR INVESTMENT PURPOSES; AND (iv) BUYER HAS KNOWLEDGE AND EXPERIENCE IN FINANCIAL AND BUSINESS MATTERS THAT ENABLE IT TO EVALUATE THE MERITS AND RISKS OF THIS TRANSACTION. BUYER HEREBY WAIVES TO THE FULLEST EXTENT PERMITTED BY LAW ANY RIGHTS, REMEDIES AND BENEFITS UNDER ANY CONSUMER PROTECTION LAW, WHETHER FEDERAL, STATE OR LOCAL. BUYER COVENANTS NOT TO SUE SELLER UNDER ANY SUCH CONSUMER PROTECTION LAW.

c.  **Survival**. THE PROVISIONS OF THIS SECTION 16 SHALL SURVIVE THE CLOSING OR ANY TERMINATION OF THIS AGREEMENT.

[Remainder of page intentionally left blank – signature page follows]

IN WITNESS WHEREOF, the parties hereto have hereunder set their hands the day and year first above written.

SELLER

Axis Oilfield Rentals, L.L.C.

By_____
Name:
Its:

BUYER

Upstream Holdings, Inc.

By_____
Colby Arceneaux
Chairman and CEO

## **EXHIBIT A**

**See Attached Exhibit  A (Pages 10-55 and Continuation Page)**

## **EXHIBIT B**

## **Excluded Property**

1. That certain executory contract or lease for real/immovable property located in Covington, LA.

## EXHIBIT C

## Seller's Disclosures; Exemptions from Warranties